1  DAVIS LAW OFFICES
   Andrew J. Davis (Bar No. 24265)
2  Jay Davis (Bar No. 102070)
   1900 W. Garvey Avenue South, Suite 160
3  West Covina, CA 91790
   Telephone: (626) 962-7400
4  Facsimile: (626) 962-7474

5  Attorneys for Plaintiff CHARLIE EAP

6  CHAVEZ & GERTLER LLP
   Jonathan E. Gertler (Bar No. 111531)
7  Joesph R. Igelmund (Bar No. 52493)
   42 Miller Avenue
8  Mill Valley, California 94941
   Telephone: (415) 381-5599
9  Facsimile:  (415) 381-5572

10 Attorneys for Plaintiffs
   SUSAN WYCKOFF and ALEXANDER WYCKOFF
11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15 CHARLIE EAP, heir at law of decedent Holly  ) Case No.  C07-2301 EMC
   Annie Eap,                                 ) Case No.  C07-03600 JCS
                                              )
16            Plaintiff,                      ) **STIPULATION AND [PROPOSED]**
                                              ) **ORDER RELATING CASES**
17       vs.                                  )
                                              )
18 UNITED STATES OF AMERICA; DANIEL           )
   SPERL and DOES 1 to 10,                    )
19                                            )
              Defendants.                     )
20                                            )
                                              )
21 SUSAN WYCKOFF, individually, and as        )
   Administratrix of the Estate of PETER      )
22 WYCKOFF; ALEXANDER WYCKOFF by              )
   and through his Guardian ad Litem, SUSAN   )
23 WYCKOFF,                                   )
                                              )
24            Plaintiffs,                     )
                                              )
25       vs.                                  )
                                              )
26 UNITED STATES OF AMERICA; DANIEL           )
   SPERL and DOES 1 through 20,               )
27                                            )
              Defendants.                     )
28                                            )

**STIPULATION**

Plaintiffs *S*USAN WYCKOFF, individually, and as Administratrix of the Estate of PETER WYCKOFF and ALEXANDER WYCKOFF by and through his Guardian ad Litem, SUSAN WYCKOFF, ("Wyckoff Plaintiffs"), and Charlie EAP ("Eap Plaintiff"), and Defendants UNITED STATES OF AMERICA ("USA") and DANIEL EARL SPERL ("Sperl"), by and through their counsel of record, agree that the following cases:

> *Charlie Eap, heir at law to decent Holly Ann Eap, v. United States of America; Daniel Earl Sperl and DOES 1 through 10;  Case No. C-07-2301-SI*;
>
> and
>
> *Susan Wyckoff, individually, and as Administratrix of the Estate of PETER WYCKOFF; ALEXANDER WYCKOFF by and through his Guardian ad Litem, SUSAN WYCKOFF v. United States of America; Daniel Earl Sperl and DOES 1 through 10,  Case No.C-07-03600-JCS*.

concern substantially the same parties, property, transaction or event and that it is likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.  Consequently, the parties hereby stipulate and agree that Case No. C-07-2301-SI should be related to Case No. C-07-03600-JCS and that both cases should be assigned to the Honorable Susan Illston.

SO STIPULATED.

Dated:   August 7, 2007          CESARI, WERNER & MORIARTY

                                 By:  _____/s/_____.
                                        Paul Cesari

                                 Attorneys for Defendant DANIEL EARL SPERL

Dated:  August 7, 2007           UNITED STATES ATTORNEYS' OFFICE

                                 By:  _____/s/_____.
                                        James Scharf

                                 Attorneys for Defendant USA

1

[PROPOSED] ORDER RELATING CASES

| | | |
|---|---|---|
| 1 | Dated: August 3, 2007 | DAVIS LAW OFFICES |
| 2 | | |
| 3 | | By:        /s/                              . |
| 4 | |             Andrew Davis |
| 5 | | Attorneys for Plaintiff CHARLIE EAP |
| 6 | DATED: August 8, 2007 | CHAVEZ & GERTLER LLP |
| 7 | | |
| 8 | | By:        /s/                              . |
| 9 | |             Jonathan E. Gertler |
| 10 | | Attorneys for Plaintiffs SUSAN WYCKOFF, individually, and as Administratrix of the Estate of PETER WYCKOFF; ALEXANDER WYCKOFF by and through his Guardian ad Litem, SUSAN WYCKOFF |

[PROPOSED ORDER]

An Unopposed Motion for Administrative Relief to Consider Whether Cases Should Be Related (Civil Local Rule 3-12) and Stipulation have been filed. Having considered the papers filed by the parties, this Court finds that the assignment of *Susan Wyckoff, individually, and as Administratrix of the Estate of PETER WYCKOFF; ALEXANDER WYCKOFF by and through his Guardian ad Litem, SUSAN WYCKOFF v. United States of America; Daniel Earl Sperl and DOES 1 through 10, Case No.C-07-03600-JCS* to Judge Susan Illston to whom *Charlie Eap, heir at law to decent Holly Ann Eap, v. United States of America; Daniel Earl Sperl and DOES 1 through 10;* Case No. C-07-2301-SI, is also assigned is likely to conserve judicial resources and promote an efficient determination of the action. Therefore, this Court finds that Case No. C-07-03600-JCS relates to Case C-07-2301-SI, and orders that Case No.

//

1  C-07-03600-JCS be transferred to Judge Illston immediately.
2         IT IS SO ORDERED.
3
4  **Dated**:  August ____, 2007            _____
                                            The Honorable Judge Susan Illston
5                                           U.S. DISTRICT COURT JUDGE