1  DAVIS LAW OFFICES
   Andrew J. Davis (Bar No. 24265)
2  Jay Davis (Bar No. 102070)
   1900 W. Garvey Avenue South, Suite 160
3  West Covina, CA 91790
   Telephone:  (626) 962-7400
4  Facsimile:  (626) 962-7474

5  Attorneys for Plaintiff CHARLIE EAP

6  CHAVEZ & GERTLER LLP
   Jonathan E. Gertler (Bar No. 111531)
7  Joesph R. Igelmund (Bar No. 52493)
   42 Miller Avenue
8  Mill Valley, California 94941
   Telephone:  (415) 381-5599
9  Facsimile:   (415) 381-5572

10 Attorneys for Plaintiffs
   SUSAN WYCKOFF and ALEXANDER WYCKOFF

11

12                 UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14
   CHARLIE EAP, heir at law of decedent Holly  ) Case No.  C07-2301 EMC
15 Annie Eap,                                   ) Case No.  C07-03600 JCS
                                                )
16              Plaintiff,                       ) **PROOF OF SERVICE**
                                                )
17        vs.                                    )
                                                )
18 UNITED STATES OF AMERICA; DANIEL              )
   SPERL and DOES 1 to 10,                       )
19                                               )
                Defendants.                      )
20                                               )
   _____       )
21                                               )
   SUSAN WYCKOFF, individually, and as           )
22 Administratrix of the Estate of PETER         )
   WYCKOFF; ALEXANDER WYCKOFF by                 )
23 and through his Guardian ad Litem, SUSAN      )
   WYCKOFF,                                      )
24                                               )
                Plaintiffs,                      )
25                                               )
          vs.                                    )
26                                               )
   UNITED STATES OF AMERICA; DANIEL              )
27 SPERL and DOES 1 through 20,                  )
                                                )
28              Defendants.                      )
   _____       )

---

PROOF OF SERVICE

**PROOF OF SERVICE**

STATE OF CALIFORNIA            )
                                                ) ss.
COUNTY OF MARIN               )

I am employed in the County of Marin, State of California.  I am over the age of 18 years and am not a party to the within cause.  My business address is 42 Miller Avenue, Mill Valley, California, 94941.  The telephone number of the facsimile machine I used was (415) 381-5572.  This facsimile machine complies with Rule 2003(3) of the California Rules of Court.   I, hereby certify and declare under penalty of perjury that the following statements are true and correct:

On August 9, 2007, I served the foregoing documents:

- **UNOPPOSED ADMINISTRATIVE MOTION TO RELATE CASES**
- **DECLARATION OF JONATHAN E. GERTLER IN SUPPORT OF UNOPPOSED MOTION TO RELATE CASES**
- **STIPULATION AND [PROPOSED] ORDER RELATING CASES**

on the parties in this action by sending a true copy thereof by facsimile transmission to the party and number listed below and also via US Mail as described below:

Jim Scharf                                               Paul Cesari
Leticia Kim                                              Cesari, Werner & Moriarty
U.S. Attorney's Office                              360 Post Street. 5th Floor
150 Almaden Boulevard, Suite 900           San Francisco, California 94108
San Jose, CA 95113                                 Fax:  (415) 391-4626
Fax:  (408) 535-5081

Andrew J. Davis
Davis Law Offices
1900 West Garvey Ave. South; Suite 160
West Covina, CA 91790
Fax: (626) 962-7474

Upon transmission, no error was reported by the facsimile machine.

[**X**]      **BY MAIL:**  In addition to the facsimile transmission, a true copy of said document was placed in a sealed envelope, addressed as indicated in paragraph 4, above, and deposited in regularly maintained interoffice mail for collection, postage and same-day delivery to the United States Postal Service for delivery to the addressee.

Executed on August 9, 2007, at Mill Valley, CA.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Moya B. Mulreany

1