IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN WYCKOFF,　　　　　　　　　　　　　No. C 07-03600SI

　　　　Plaintiff,　　　　　　　　　　　　　　　　**NOTICE**

　v.

UNITED STATES OF AMERICA,

　　　　Defendant.
　　　　　　　　　　　　　　　　　　　　　／

To All Parties:

YOU ARE HEREBY NOTIFIED THAT the initial case management conference has been scheduled to occur on Friday, October 19, 2007, at 2:00 p.m.

Dated: August 14, 2007　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　*Sutton*

　　　　　　　　　　　　　　　　　　　　　　　　Tracy Sutton
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk