1  CHAVEZ & GERTLER LLP
   Jonathan E. Gertler (Bar No. 111531)
2  Joesph R. Igelmund (Bar No. 52493)
   42 Miller Avenue
3  Mill Valley, California 94941
   Telephone: (415) 381-5599
4  Facsimile:  (415) 381-5572

5  Attorneys for Plaintiffs
   SUSAN WYCKOFF and ALEXANDER WYCKOFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN WYCKOFF, individually, and as Administratrix of the Estate of PETER WYCKOFF; ALEXANDER WYCKOFF by and through his Guardian ad Litem, SUSAN WYCKOFF,<br><br>        Plaintiffs,<br><br>   vs.<br><br>UNITED STATES OF AMERICA; DANIEL SPERL and DOES 1 through 20,<br><br>        Defendants. | Case No. C07-03600 JCS<br><br>**PROOF OF SERVICE** |

Susan Wyckoff, vs. Daniel Earl Sperl, et al.,
United States District Court Northern District Of California Case No. 05 CC05238

## PROOF OF SERVICE
(C.C.P. §1013a(3))

STATE OF CALIFORNIA )
) ss.
COUNTY OF MARIN )

I am employed in the County of Marin, State of California. I am over the age of 18 years and not a party to the within action; my business address is Chavez & Gertler LLP, 42 Miller Avenue, Mill Valley, CA 94941.

On August 14, 2007, I served the foregoing documents:

- **NOTICE OF INITIAL CASE MANAGEMENT CONFERENCE**

- **CASE MANAGEMENT CONFERENCE ORDER**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed to each as follows:

Jim Scharf
Assistant Attorney General
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

Paul Cesari
Cesari, Werner & Moriarty
360 Post Street, 5th Floor
San Francisco, California 94108

Andy Davis
Davis Law Offices
1900 West Garvey Ave..South; Suite 160
West Covina, CA 91790

[X]   BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid for mail, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Mill Valley, California.

Executed on August 14, 2007, at Mill Valley, CA.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Carly J. Kneppers