1  CHAVEZ & GERTLER LLP
   Jonathan E. Gertler (Bar No. 111531)
2  Joesph R. Igelmund (Bar No. 52493)
   42 Miller Avenue
3  Mill Valley, California 94941
   Telephone: (415) 381-5599
4  Facsimile: (415) 381-5572

5  Attorneys for Plaintiffs
   SUSAN WYCKOFF and ALEXANDER WYCKOFF
6

7                  UNITED STATES DISTRICT COURT

8                NORTHERN DISTRICT OF CALIFORNIA

9

10 SUSAN WYCKOFF, individually, and as        ) Case No.  C07-03600 JCS
   Administratrix of the Estate of PETER      )
11 WYCKOFF; ALEXANDER WYCKOFF by              ) **PROOF OF SERVICE**
   and through his Guardian ad Litem, SUSAN   )
12 WYCKOFF,                                    )
                                              )
13            Plaintiffs,                     )
                                              )
14        vs.                                 )
                                              )
15 UNITED STATES OF AMERICA; DANIEL           )
   SPERL and DOES 1 through 20,               )
16
              Defendants.
17 _____

18

19

20

21

22

23

24

25

26

27

28

| Attorney Or Party Without Attorney (Name and Address) | Telephone: | FOR COURT USE ONLY |
|---|---|---|
| JONATHAN E. GERTLER, ESQ. (111531)<br>CHAVEZ & GERTLER<br>42 Miller Avenue<br>Mill Valley, California 94941 | (415) 381-5599 | |

Attorneys for: PLAINTIFFS

Ref. No. Or File No.
W2480966

Insert name of court, judicial district and branch court, if any:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff:

SUSAN WYCOFF, etc., et al.

Defendant:

UNITED STATES OF AMERICA, et al.

| **PROOF OF SERVICE** | Date: | Time: | Dept/Div: | Case Number:<br>C07-3600 JCS |
|---|---|---|---|---|

I, Nelson Bellesheim , Under penalty of perjury, hereby declare that I am and was on
the dates herein mentioned, a Citizen of the United States, over the age of eighteen, and not a
party to the within action;

I served the: SUMMONS IN A CIVIL CASE; COMPLAINT; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF
CALIFORNIA; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; STANDING ORDER
RE JUDGE JOSEPH SPERO

in this action by personally delivering to and leaving with the following defendant or person
on the date set opposite their respective names, a true copy thereof:

Defendant          : DANIEL EARL SPERL

By Serving         : NORMA B. LUFFY, Receptionist/Authorized by Paul Cesari, Esq. to accept on his behalf.

Address            : 360 Post Street, 5th Floor , San Francisco, California  94108
Date & Time        : Thursday, August 2, 2007 @ 10:11 a.m.
Witness fees were   : Not applicable.

Person serving:
Nelson Bellesheim
**Wheels of Justice, Inc.**
657 Mission Street, Suite 502
San Francisco, California  94105
Phone: (415) 546-6000

a. Fee for service:
d. Registered California Process Server
   (1) Employee or independent contractor
   (2) Registration No.: 915
   (3) County: San Francisco
   (4) Expires: 03/6/09

I declare under penalty of perjury under the laws of the State of California that the foregoing
is true and correct.

Date: August 3, 2007                          Signature: _____
                                                         Nelson Bellesheim



Printed on recycled paper