1  SCOTT N. SCHOOLS (SC SBN 9990)
   United States Attorney
2  JOANN SWANSON (SBN 88143)
   Chief, Civil Division
3  JAMES A. SCHARF (SBN 152171)
   Assistant United States Attorney
4
5       150 Almaden Blvd., Suite 900
        San Jose, California 95113
        Telephone:   (408) 535-5044
6       Facsimile:   (408) 535-5081
        Email: james.scharf@usdoj.gov
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
12 SUSAN WYCKOFF, et al,            )   Case No.  C 07-3600 SI
                                    )
13              Plaintiff,           )
                                    )
14       v.                          )   **DEFENDANT USA'S ADR**
                                    )   **CERTIFICATION**
15 UNITED STATES OF AMERICA, et al, )
                                    )
16              Defendants.          )
                                    )
17 _____ )

18       Pursuant to Civil L.R. 16-12, the undersigned certifies that he has read the brochure

19 entitled "Dispute Resolution Procedures in the Northern District of California," or the specified

20 portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available

21 dispute resolution options provided by the court and private entities and considered whether this

22 case might benefit from any of them.

1
2      DATE: October 11, 2007                             Respectively submitted,
3                                                         SCOTT N. SCHOOLS
                                                          United States Attorney
4
5                                                         /s/
                                                          _____
6                                                         JAMES A. SCHARF
                                                          Assistant United States Attorney
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendant USA's ADR Certification
C 07 - 3600 SI                              2