1  SCOTT N. SCHOOLS (SC SBN 9990)
   United States Attorney
2  JOANN SWANSON (SBN 88143)
   Chief, Civil Division
3  JAMES A. SCHARF (SBN 152171)
   Assistant United States Attorney
4
5      150 Almaden Blvd., Suite 900
       San Jose, California 95113
       Telephone:    (408) 535-5044
6      Facsimile:    (408) 535-5081
       Email: james.scharf@usdoj.gov
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                     SAN FRANCISCO DIVISION
11
12  SUSAN WYCKOFF, et al,              )    Case No.  C 07-3600 SI
                                       )
13                  Plaintiff,         )
                                       )
14           v.                        )    **DEFENDANT USA'S ADR
                                       )    STATEMENT**
15  UNITED STATES OF AMERICA, et al,   )
                                       )
16                  Defendants.        )
                                       )
17  _____)

18       All parties agree that this case is not yet ready for ADR.  A key issue is whether co-

19  defendant Sperl was acting within the course and scope of his federal employment when the

20  subject accident occurred.  If it is determined that he was not, this Court lacks subject matter

21  jurisdiction over this case.  The parties are focusing their efforts on discovery pertaining to the

22  scope of employment issue.  When this discovery is completed, defendant USA will bring a

23  motion to dismiss.  Defendant USA proposes that ADR be delayed until after the scope of

24  employment issue has been adjudicated.  Defendant USA is willing to participate in a private

25  mediation in the event the Court determines that co-defendant Sperl was acting within the course

26

27

28

1  and scope of his employment.  Accordingly, defendant USA does not request an ADR Phone

2  Conference at this time.

3

4

5          DATE: October 11, 2007                Respectively submitted,

6                                                SCOTT N. SCHOOLS
                                                  United States Attorney
7

8

9                                                _____
                                                  JAMES A. SCHARF
10                                               Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Defendant USA's ADR Statement
C 07 - 3600 SI                            2