1  CHAVEZ & GERTLER LLP
   JONATHAN E. GERTLER (Bar No. 111531)
2  JOSEPH R. IGELMUND (Bar No. 52493)
   42 Miller Avenue
3  Mill Valley, California 94941
   Telephone:  (415) 381-5599
4  Facsimile: (415) 381-5572

5  Attorneys for Plaintiffs
   TOM MADRID and KRISTY MADRID

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN WYCKOFF, individually, and as Administratrix of the Estate of PETER WYCKOFF; ALEXANDER WYCKOFF by and through his Guardian ad Litem, SUSAN WYCKOFF,<br><br>    Plaintiffs<br><br>    vs.<br><br>UNITED STATES OF AMERICA; DANIEL EARL SPERL and DOES 1 through 10,<br><br>    Defendants. | Case No. C 07 3600 JCS<br><br>**PLAINTIFF'S ADR STATEMENT** |

0

1  In the parties' ADR meet and confer, defendant United States of America contended that ADR is premature in that said defendant needs to complete discovery as to whether defendant Sperl was acting in the course and scope of employment for the United States of America, before a productive ADR can be held. If the Court does not agree with defendant United States of America's position, plaintiff respectfully requests an ADR phone conference pursuant to Civil Local Rules 16-8 and 3-5.

Dated: October 11, 2007        CHAVEZ & GERTLER LLP

By: _____
Joseph R. Igelmund

Attorneys for Plaintiffs

07.10.11.Plfs ADR Statement

1

PLAINTIFF'S ADR STATEMENT  Case No. C 07 3600 JCS