PAUL N. CESARI, ESQ, (BAR NO. 118110)
CESARI, WERNER AND MORIARTY
360 Post Street, Fifth Floor
San Francisco, CA 94108-4908
Telephone: (415) 391-1113
Facsimile:  (415) 391-4626
**4991-6-15(A)**
Attorneys for Defendant
DANIEL EARL SPERL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN WYCKOFF, individually, and as Administratrix of the Estate of PETER WYCKOFF; et al<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, DANIEL EARL SPERL,<br><br>　　　　　Defendants. | Case No. C 07 3600 SI<br><br>**DEFENDANT DANIEL SPERL'S ADR STATEMENT** |

All parties agree that the course and scope of employment issue should be addressed before ADR can be meaningful. Defendant United States of America has proposed mediation to take place in the Eap and Wyckoff matters after the scope of employment issue is resolved. Defendant Sperl believes that an ADR phone conference will be appropriate at that time with all remaining parties.

October 12, 2007

CESARI, WERNER and MORIARTY

_[signature]_

PAUL N. CESARI
KRISTINA L. VELARDE
Attorney for Defendant
**Daniel Earl Sperl**

-1-

No. C07 3600 SI Wyckoff v. USA
**DEFENDANT SPERL'S ADR STATEMENT**