UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SUSAN WYCKOFF, individually, and
as Adminstratrix of the Estate of PETER
             Plaintiff(s),

v.

UNITED STATES OF AMERICA,
DANIEL EARL SPERL, and DOES 1-10
             Defendant(s).

Case No. C 07-3600 SI

ADR CERTIFICATION BY PARTIES
AND COUNSEL

FILED
07 OCT 16 AM 10:31

    Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 10/15/07

X _____
[Party]

Dated: 10/12/07

/s/ Kristina L. Velarde
[Counsel]

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

PAUL N. CESARI, ESQ, (BAR NO. 118110)
CESARI, WERNER AND MORIARTY
360 Post Street, Fifth Floor
San Francisco, CA 94108-4908
Telephone: (415) 391-1113
Facsimile:  (415) 391-4626
4991-6-15(A)
Attorneys for Defendant
DANIEL EARL SPERL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN WYCKOFF, individually, and as Administratrix of the Estate of PETER WYCKOFF; et al<br><br>              Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, DANIEL EARL SPERL,<br><br>              Defendants. | Case No.  C 07 3600 SI<br><br>**DEFENDANT DANIEL SPERL'S ADR STATEMENT** |

All parties agree that the course and scope of employment issue should be addressed before ADR can be meaningful. Defendant United States of America has proposed mediation to take place in the Eap and Wyckoff matters after the scope of employment issue is resolved. Defendant Sperl believes that an ADR phone conference will be appropriate at that time with all remaining parties.

October 12, 2007

CESARI, WERNER and MORIARTY

_____
PAUL N. CESARI
KRISTINA L. VELARDE
Attorney for Defendant
**Daniel Earl Sperl**

-1-

No.  CO7 3600 SI Wyckoff v. USA
**DEFENDANT SPERL'S ADR STATEMENT**

4991-6-15(A)

PROOF OF SERVICE

Wyckoff v. United States of America

I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My business address is CESARI, WERNER AND MORIARTY, 360 Post Street, Fifth Floor, San Francisco, California, 94108. On October 15, 2007, I served the within document:

*1. ADR CERTIFICATION BY PARTIES AND COUNSEL*
*2. DEFENDANT DANIEL SPERL'S ADR STATEMENT*

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage prepaid, in the United States mail San Francisco, California addressed as follows.

☐ by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Andrew J. Davis, Jr.
Davis Law Offices
1900 W. Garvey Avenue South
Suite 160
West Covina, CA 91790

**For Plaintiff Charlie Eap, Heir at Law of Decedent, Holly Annie Eap**

Telephone:  (626) 962-7400
Fax:             (626) 962-7474

Letitia R. Kim
United States Attorney's Office
150 Almaden Boulevard, Suite 900
San Jose, CA 95113

**For Defendant United States of America**
Telephone:
Fax:             (408) 535-5081

Jonathan E. Gertler
Joseph R. Igelmund
Chavez & Gertler LLP
42 Miller Avenue
Mill Valley, CA 94941

**For Plaintiffs Susan Wyckoff and Alexander Wyckoff**
Telephone: (415) 381-5599
Fax:             (415) 381-5572

I am familiar with the firm's practice of processing mail. Under that practice it would be deposited with the U.S. Postal Service on that day with postage thereon prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date/postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that the above is true and correct.

Executed on October 15, 2007, at San Francisco, California.

_____
Trang Le