UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 10/19/07

Case No.   C-07-2301 & C-07-3600 SI          Judge:   SUSAN ILLSTON

Title: EAP/WYCKOFF  -v-  UNITED STATES

Attorneys: Davis & Gertler          Scharf, Velarde

Deputy Clerk:  Tracy Sutton   Court Reporter:  n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN   ( ) SUBMITTED
                                       PART

Case continued to **6/6/08   @ 2:30 p.m.** for Further Case Management Conference

Case continued to **6/6/08   @ 9:00 a.m.**   for Defts. Motion to dismiss
(Motion due 5/2/08 , Opposition 5/16/08 Reply 5/23/08)

Case continued to  **@ 3:30 p.m.**  for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The parties stipulate that these two cases may be consolidated for all purposes.

By 1/11/08, the govt. shall provide to deft. the names of the people whose declarations will be used for the motion to dismiss.  Defendant may want limited discovery of those people.

Medical records of Sperl shall be produced one week prior to his deposition.  Any medical documents not produced to plaintiff shall be indicated on a privilege log.

The ADR process shall be delayed pending ruling on the motions to dismiss.

Damage discovery is stayed pending ruling on the course and scop motion.