1  CHAVEZ & GERTLER LLP
   JONATHAN E. GERTLER (Bar No. 111531)
2  JOSEPH R. IGELMUND (Bar No. 52493)
   42 Miller Avenue
3  Mill Valley, California 94941
   Telephone:  (415) 381-5599
4  Facsimile:   (415) 381-5572

5  Attorneys for Plaintiffs
   SUSAN WYCKOFF and ALEXANDER WYCKOFF
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 SUSAN WYCKOFF, individually, and as         ) Case No.  C-07-3600 SI
   Administratrix of the Estate of PETER       )
12 WYCKOFF; ALEXANDER WYCKOFF by               ) **NOTICE OF MOTION AND MOTION**
   and through his Guardian ad Litem, SUSAN    ) **FOR ORDER GRANTING LEAVE TO**
13 WYCKOFF,                                    ) **FILE [PROPOSED] FIRST AMENDED**
                                               ) **COMPLAINT**
14         Plaintiffs                          )
                                               ) Date:   January 25, 2008
15     vs.                                     ) Time:    9:00 a.m.
                                               ) Dept.:  Hon. Susan Illston
16 UNITED STATES OF AMERICA; DANIEL            )
   EARL SPERL and DOES 1 through 10,           )
17                                             )
           Defendants.                         )
18                                             )
                                               )
19 _____ )

20

21

22

23

24

25

26

27

28

---

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that on January 25, 2008 at 9:00 a.m., in the United States
3  District Court, Northern District of California, 450 Golden Gate Avenue, San Francisco,
4  California, the Honorable Susan Ilston presiding, or as soon thereafter as the matter may be
5  heard, plaintiffs SUSAN WYCKOFF, individually and as Administratrix of the Estate of
6  Peter Wyckoff, and ALEXANDER WYCKOFF by and through is Guardian ad Litem Susan
7  Wyckoff, will move the Court for an order permitting filing of the [Proposed] First Amended
8  Complaint attached hereto as Exhibit 1.

9  The motion is made pursuant to FRCP Rule 15, on the grounds that additional
10 information has been discovered, that it is in the interests of justice and of judicial efficiency
11 to allow the proposed amendment in that the amendment relates to the subject matter of the
12 existing controversy between the parties and will not result in prejudice to defendants, and
13 allowing the amendment will promote the efficient resolution of all claims between the
14 parties.

15 This motion is based upon this notice and the attached Memorandum of Points and
16 Authorities, on the Declaration of Joseph R. Igelmund filed herewith, on the files and records
17 in this action, and such further oral and documentary evidence and argument as the Court may
18 allow at the hearing.

19

20 Dated:  December 17, 2007                    CHAVEZ & GERTLER LLP

22                                              By _____
23                                                   Joseph R. Igelmund

24                                              Attorneys for Plaintiffs SUSAN WYCKOFF,
                                                individually, and as Administratrix of the Estate of
25                                              PETER WYCKOFF; ALEXANDER WYCKOFF,
                                                by and through his Guardian ad Litem, SUSAN
26                                              WYCKOFF

27

28