1  CHAVEZ & GERTLER LLP
   JONATHAN E. GERTLER (Bar No. 111531)
2  JOSEPH R. IGELMUND (Bar No. 52493)
   42 Miller Avenue
3  Mill Valley, California 94941
   Telephone:  (415) 381-5599
4  Facsimile:  (415) 381-5572

5  Attorneys for Plaintiffs
   SUSAN WYCKOFF and ALEXANDER WYCKOFF

6

7

8                    UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11  SUSAN WYCKOFF, individually, and as    ) Case No.  C-07-3600 SI
    Administratrix of the Estate of PETER  )
12  WYCKOFF; ALEXANDER WYCKOFF by           ) **DECLARATION OF JOSEPH R.**
    and through his Guardian ad Litem, SUSAN) **IGELMUND IN SUPPORT OF MOTION**
13  WYCKOFF,                                ) **FOR ORDER GRANTING LEAVE TO**
                                            ) **FILE [PROPOSED] FIRST AMENDED**
14              Plaintiffs                  ) **COMPLAINT**
                                            )
15          vs.                             ) Date:    January 25, 2008
                                            ) Time:    9:00 a.m.
16  UNITED STATES OF AMERICA; DANIEL        ) Dept:    Hon. Susan Illston
    EARL SPERL and DOES 1 through 10,       )
17                                          )
                Defendants.                 )
18                                          )
                                            )
19  _____)

20

21

22

23

24

25

26

27

28

1    I, Joseph R. Igelmund, declare:

2    1.    I am an attorney at law duly licensed to practice before this Court, and am

3    employed by the law firm of Chavez & Gertler LLP, attorneys for plaintiffs in this action.

4    2.    I have personal knowledge of the facts stated herein, and if called as a witness

5    could competently testify thereto, except as to those matters expressly stated as made on

6    information and belief, and as to those matters I believe them to be true.

7    3.    In the Complaint, filed July 11, 2007, plaintiffs plead three causes of action

8    against defendants Daniel Sperl and United States of America, arising from a head-on

9    automobile collision in which plaintiff Susan Wyckoff's husband, Peter Wyckoff, and

10   daughter Holly Ann Eap, were killed when a vehicle driven by defendant Sperl crossed into

11   the Wyckoffs' lane.  Plaintiffs assert <u>inter</u> <u>alia</u> in the three causes of action (negligence <u>per</u> <u>se</u>,

12   general negligence, and loss of consortium) that Sperl negligently operated his vehicle so as to

13   cause the collision; that defendant United States of America is liable for Sperl's acts in that

14   Sperl, a member of the United States Coast Guard, was acting in the course and scope of his

15   duties at the time of collision; and that the defendants' negligence caused the wrongful deaths.

16   4.    Defendant United States of America mailed notice of final denial of plaintiffs'

17   claim in this matter on or about June 15, 2007.  Thus, while plaintiffs contend that the subject

18   matter of the proposed addition to the Complaint relates back to the date of filing of the

19   Complaint pursuant to FRCP Rule 15(c), if for any reason the Court were to hold that the

20   subject matter did not relate back and that plaintiffs were on notice at the present time of facts

21   sufficient to support the proposed addition to the Complaint, the last day for plaintiffs to move

22   to amend could be calculated as six months from June 15, 2007, or December 17, 2007.

23   Thus, plaintiffs file this motion to amend December 17, 2007.

24   5.    The proposed First Amended Complaint adds the following:

25   23.    Plaintiffs are informed and believe that defendant United States of
     America, through its agents and employees, negligently supervised defendant Sperl,
26   and permitted and/or ordered him to drive, or otherwise negligently caused him to
     drive, while impaired at the time of the subject accident.

27

28

1

6.    The foregoing proposed amendment merely repeats one of the claims stated in the government claim denied by the United States of America on June 15, 2007. The proposed amendment follows testimony provided by defendant Sperl at his uncompleted deposition in Reno, Nevada only five days ago, on December 12, 2007. I was present at the deposition. Sperl's testimony provided new evidence supporting a theory of negligent supervision. The testimony, which has not yet been transcribed, gives rise to the reasonable inference that the United States, through its officers and agents, did in fact negligently order or permit Sperl to drive in an impaired condition. I understood Sperl to testify in substance and effect that he was not instructed to refrain from driving under prescribed medication.

7.    The proposed First Amended Complaint also corrects certain typographical errors in Paragraphs 13, 21, and 27, which did not correctly state the paragraphs incorporated in their respective causes of action. The proposed First Amended Complaints states instead in each of those paragraphs that that each and every allegation of the preceding paragraphs is incorporated therein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of December, 2007 at Mill Valley, California.

Dated:  December ___, 2007            _____/s_____
                                                                  JOSEPH R. IGELMUND