IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SUSAN WYCKOFF,    No. C 07-03600SI

    Plaintiff,    **NOTICE**

v.

UNITED STATES OF AMERICA,

    Defendant.
                                  /

To All Parties:

YOU ARE HEREBY NOTIFIED THAT plaintiff's motion for leave to file a first amended complaint has been continued to Friday, February 8, 2008, at 9:00 a.m.

Dated: December 18, 2007

RICHARD W. WIEKING, Clerk



Tracy Sutton
Deputy Clerk