1  CHAVEZ & GERTLER LLP
   Jonathan E. Gertler (Bar No. 111531)
2  Joseph R. Igelmund (Bar No. 52493)
   42 Miller Avenue
3  Mill Valley, California 94941
   Telephone:  (415) 381-5599
4  Facsimile:   (415) 381-5572

5  Attorneys for Plaintiffs
   SUSAN WYCKOFF and
6  ALEXANDER WYCKOFF

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 SUSAN WYCKOFF, individually, and as        ) Case No.  C07-03600 SI
   Administratrix of the Estate of PETER      ) Case No.  C07-2301 SI
12 WYCKOFF; ALEXANDER WYCKOFF by              )
   and through his Guardian ad Litem, SUSAN   ) **STIPULATION FOR ORDER**
13 WYCKOFF,                                   ) **CONTINUING HEARING ON**
                                              ) **PLAINTIFF WYCKOFFS' MOTION**
14           Plaintiffs,                      ) **TO AMEND COMPLAINT; [PROPOSED]**
                                              ) **ORDER PURSUANT TO STIPULATION**
15      vs.                                   )
                                              ) Date:  February 8, 2008
16 UNITED STATES OF AMERICA; DANIEL           ) Time:  10:00 a.m.
   SPERL and DOES 1 through 20,               ) Court: Hon. Susan Illston
17                                            )
             Defendants.                      )
18 _____)
                                              )
19 CHARLIE EAP, heir at law of decedent Holly )
   Annie Eap,                                 )
20                                            )
             Plaintiff,                       )
21                                            )
       vs.                                    )
22                                            )
   UNITED STATES OF AMERICA; DANIEL           )
23 SPERL and DOES 1 to 10,                    )
                                              )
24           Defendants.                      )
                                              )
25                                            )
                                              )
26 _____)

27

28
   _____
   STIPULATION FOR ORDER CONTINUING HEARING ON PLAINTIFF WYCKOFFS'
                      MOTION TO AMEND COMPLAINT; [PROPOSED] ORDER

**STIPULATION**

Plaintiffs SUSAN WYCKOFF, individually, and as Administratrix of the Estate of PETER WYCKOFF and ALEXANDER WYCKOFF by and through his Guardian ad Litem, SUSAN WYCKOFF, ("Wyckoff Plaintiffs"), and Defendants UNITED STATES OF AMERICA ("USA") and DANIEL EARL SPERL ("Sperl"), by and through their counsel of record, agree:

Hearing on plaintiffs' motion for order permitting filing of the [Proposed] First Amended Complaint shall be continued from February 8, 2008 to March 7, 2008 at 10:00 a.m. The purpose of the continuance is (1) to permit the parties additional time to agree on terms for a stipulated amendment of the complaint, and if the parties cannot agree, (2) for plaintiffs to file and serve relevant deposition testimony of defendant Sperl in support of the motion to amend complaint and in accordance with the notice requirements of Northern District Rule 7-2, which deposition testimony had not been transcribed and was not available to the parties at the time plaintiffs' filed their motion to amend.

SO STIPULATED.

Dated: January 22, 2008        CHAVEZ & GERTLER LLP

By: _____/s/_____.
    Joseph R. Igelmund

Attorneys for Plaintiffs SUSAN WYCKOFF, individually, and as Administratrix of the Estate of PETER WYCKOFF; ALEXANDER WYCKOFF by and through his Guardian ad Litem, SUSAN WYCKOFF

Dated: January 22, 2008        CESARI, WERNER & MORIARTY

By: _____/s/_____.
    Kristina Velarde

Attorneys for Defendant DANIEL EARL SPERL

Dated: January 22, 2008    UNITED STATES ATTORNEY

By: _____/s/_____.
       James Scharf

Attorneys for Defendant USA

## PROPOSED ORDER

A Stipulation for Order Continuing Hearing on Plaintiff Wyckoffs' Motion to Amend Complaint having been filed, and the Court having considered the papers filed by the parties, and good cause appearing:

IT IS ORDERED that the hearing on plaintiff Wyckoffs' motion to amend complaint, presently set for February 8, 2008, shall be continued to March ____ , 2008 at 10:00 a.m.

Dated: January ____ , 2008    _____
       THE HONORABLE SUSAN ILLSTON
       UNITED STATES DISTRICT COURT JUDGE