CHAVEZ & GERTLER LLP
Jonathan E. Gertler (Bar No. 111531)
Joseph R. Igelmund (Bar No. 52493)
42 Miller Avenue
Mill Valley, California 94941
Telephone: (415) 381-5599
Facsimile: (415) 381-5572

Attorneys for Plaintiffs
SUSAN WYCKOFF and
ALEXANDER WYCKOFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN WYCKOFF, individually, and as Administratrix of the Estate of PETER WYCKOFF; ALEXANDER WYCKOFF by and through his Guardian ad Litem, SUSAN WYCKOFF,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>UNITED STATES OF AMERICA; DANIEL SPERL and DOES 1 through 20,<br><br>　　　　Defendants. | Case No. C07-03600 SI<br>Case No. C07-2301 SI<br><br>**STIPULATION FOR ORDER CONTINUING HEARING ON PLAINTIFF WYCKOFFS' MOTION TO AMEND COMPLAINT; [PROPOSED] ORDER PURSUANT TO STIPULATION**<br><br>Date:　February 8, 2008<br>Time:　10:00 a.m.<br>Court:　Hon. Susan Illston |
| CHARLIE EAP, heir at law of decedent Holly Annie Eap,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNITED STATES OF AMERICA; DANIEL SPERL and DOES 1 to 10,<br><br>　　　　Defendants. | |

---

STIPULATION FOR ORDER CONTINUING HEARING ON PLAINTIFF WYCKOFFS'
MOTION TO AMEND COMPLAINT; [PROPOSED] ORDER

**STIPULATION**

Plaintiffs SUSAN WYCKOFF, individually, and as Administratrix of the Estate of PETER WYCKOFF and ALEXANDER WYCKOFF by and through his Guardian ad Litem, SUSAN WYCKOFF, ("Wyckoff Plaintiffs"), and Defendants UNITED STATES OF AMERICA ("USA") and DANIEL EARL SPERL ("Sperl"), by and through their counsel of record, agree:

Hearing on plaintiffs' motion for order permitting filing of the [Proposed] First Amended Complaint shall be continued from February 8, 2008 to March 7, 2008 at 10:00 a.m. The purpose of the continuance is (1) to permit the parties additional time to agree on terms for a stipulated amendment of the complaint, and if the parties cannot agree, (2) for plaintiffs to file and serve relevant deposition testimony of defendant Sperl in support of the motion to amend complaint and in accordance with the notice requirements of Northern District Rule 7-2, which deposition testimony had not been transcribed and was not available to the parties at the time plaintiffs' filed their motion to amend.

SO STIPULATED.

Dated: January 22, 2008        CHAVEZ & GERTLER LLP

By: _____/s/_____.
         Joseph R. Igelmund

Attorneys for Plaintiffs SUSAN WYCKOFF, individually, and as Administratrix of the Estate of PETER WYCKOFF; ALEXANDER WYCKOFF by and through his Guardian ad Litem, SUSAN WYCKOFF

Dated: January 22, 2008        CESARI, WERNER & MORIARTY

By: _____/s/_____.
         Kristina Velarde

Attorneys for Defendant DANIEL EARL SPERL

1  Dated: January 22, 2008              UNITED STATES ATTORNEY

2

3                                        By: _____/s/_____.
                                              James Scharf
4

5                                        Attorneys for Defendant USA

6

7                                **PROPOSED ORDER**

8       A Stipulation for Order Continuing Hearing on Plaintiff Wyckoffs' Motion to Amend

9  Complaint having been filed, and the Court having considered the papers filed by the parties,

10 and good cause appearing:

11      IT IS ORDERED that the hearing on plaintiff Wyckoffs' motion to amend complaint,

12 presently set for February 8, 2008, shall be continued to March 7 ~~9~~, 2008 at ~~10:00~~ a.m.

13

14 Dated: January ____, 2008          _____
                                        THE HONORABLE SUSAN ILLSTON
15                                      UNITED STATES DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28
                                            2
   STIPULATION FOR ORDER CONTINUING HEARING ON PLAINTIFF WYCKOFFS'
                MOTION TO AMEND COMPLAINT; [PROPOSED] ORDER