1  CHAVEZ & GERTLER LLP
   JONATHAN E. GERTLER (Bar No. 111531)
2  JOSEPH R. IGELMUND (Bar No. 52493)
   42 Miller Avenue
3  Mill Valley, California 94941
   Telephone: (415) 381-5599
4  Facsimile: (415) 381-5572

5  Attorneys for Plaintiffs
   SUSAN WYCKOFF and ALEXANDER WYCKOFF

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 SUSAN WYCKOFF, individually, and as      ) Case No.  C-07-3600 SI
   Administratrix of the Estate of PETER    )
12 WYCKOFF; ALEXANDER WYCKOFF by            ) **[PROPOSED] ORDER GRANTING**
   and through his Guardian ad Litem, SUSAN ) **LEAVE TO FILE [PROPOSED] FIRST**
13 WYCKOFF,                                 ) **AMENDED COMPLAINT**
                                            )
14          Plaintiffs                      ) Date:    March 7, 2008
                                            ) Time:    9:00 a.m.
15     vs.                                  ) Dept.:   Hon. Susan Illston
                                            )
16 UNITED STATES OF AMERICA; DANIEL         )
   EARL SPERL and DOES 1 through 10,        )
17                                          )
           Defendants.                      )
18                                          )
                                            )
19 ─────────────────────────────────────── )

20

21

22

23

24

25

26

27

28

1      This Court having reviewed plaintiffs' Motion for Order Granting Leave to File

2  [Proposed] First Amended Complaint, the Amended Stipulation of Plaintiffs and Defendant

3  United States of America for Filing of [Proposed] First Amended Complaint, and the Notice

4  of Non-Opposition by Defendant Daniel Earl Sperl to Motion for Order Granting Leave to

5  File [Proposed] First Amended Complaint, and good cause appearing,

6      IT IS ORDERED that plaintiffs' Motion for Order Granting Leave to File [Proposed]

7  First Amended Complaint is granted, and

8      IT IS FURTHER ORDERED that plaintiffs shall file the [Proposed] First Amended

9  Complaint by _____ .

10

11  Dated:  February ___, 2008

12

13                                      HONORABLE SUSAN ILLSTON
                                    UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28