1  CHAVEZ & GERTLER LLP
   JONATHAN E. GERTLER (Bar No. 111531)
2  JOSEPH R. IGELMUND (Bar No. 52493)
   42 Miller Avenue
3  Mill Valley, California 94941
   Telephone: (415) 381-5599
4  Facsimile: (415) 381-5572

5  Attorneys for Plaintiffs
   SUSAN WYCKOFF and ALEXANDER WYCKOFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN WYCKOFF, individually, and as Administratrix of the Estate of PETER WYCKOFF; ALEXANDER WYCKOFF by and through his Guardian ad Litem, SUSAN WYCKOFF,<br><br>Plaintiffs<br><br>vs.<br><br>UNITED STATES OF AMERICA; DANIEL EARL SPERL and DOES 1 through 10,<br><br>Defendants. | Case No. C-07-3600 SI<br><br>**SUPPLEMENTAL DECLARATION OF JOSEPH R. IGELMUND IN SUPPORT OF MOTION FOR ORDER GRANTING LEAVE TO FILE [PROPOSED] FIRST AMENDED COMPLAINT**<br><br>Date: March 7, 2008<br>Time: 9:00 a.m.<br>Dept: Hon. Susan Illston |

I, Joseph R. Igelmund, declare:

1. I am an attorney at law duly licensed to practice before this Court, and am employed by the law firm of Chavez & Gertler LLP, attorneys for plaintiffs in this action.

2. I have personal knowledge of the facts stated herein, and if called as a witness could competently testify thereto, except as to those matters expressly stated as made on information and belief, and as to those matters I believe them to be true.

3. Filed herewith are (1) Amended Stipulation of Plaintiffs and Defendant United States of America for Filing of [Proposed] First Amended Complaint and (2) Notice of Non-Opposition by Defendant Daniel Earl Sperl To Motion for Order Granting Leave to File [Proposed] First Amended Complaint. The Notice of Non-Opposition is presented in that Kristina Velarde, Cesari Werner & Moriarty, attorneys for defendant Daniel Earl Sperl, advised that she is unable to execute the Amended Stipulation for Filing of [Proposed] First Amended Complaint for procedural reasons. On February 25, 2005, James Scharf, Assistant United States Attorney, consented by email on behalf of defendant United States of America to filing of the Amended Stipulation between plaintiffs and defendant United States of America only, with the Notice of Non-Opposition by Defendant Daniel Earl Sperl.

4. As both defendants have either stipulated to or given notice of non-opposition to the amended complaint, as shown above, plaintiffs respectfully request that the Court issue the [Proposed] Order Granting Leave to File [Proposed] First Amended Complaint, lodged herewith.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 26th day of February, 2008 at Mill Valley, California.

Dated: February 26, 2008          /s/
                                  JOSEPH R. IGELMUND