1   CHAVEZ & GERTLER LLP
    JONATHAN E. GERTLER (Bar No. 111531)
2   JOSEPH R. IGELMUND (Bar No. 52493)
    42 Miller Avenue
3   Mill Valley, California 94941
    Telephone:  (415) 381-5599
4   Facsimile:  (415) 381-5572

5   Attorneys for Plaintiffs
    SUSAN WYCKOFF and ALEXANDER WYCKOFF

6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11  SUSAN WYCKOFF, individually, and as        ) Case No.  C-07-3600 SI
    Administratrix of the Estate of PETER      )
12  WYCKOFF; ALEXANDER WYCKOFF by              ) **NOTICE OF NON-OPPOSITION BY**
    and through his Guardian ad Litem, SUSAN   ) **DEFENDANT DANIEL EARL SPERL**
13  WYCKOFF,                                   ) **TO MOTION FOR ORDER GRANTING**
                                               ) **LEAVE TO FILE [PROPOSED] FIRST**
14            Plaintiffs                       ) **AMENDED COMPLAINT**
                                               )
15       vs.                                   ) Date:   March 7, 2008
                                               ) Time:   9:00 a.m.
16  UNITED STATES OF AMERICA; DANIEL           ) Dept.:  Hon. Susan Illston
    EARL SPERL and DOES 1 through 10,          )
17                                             )
             Defendants.                       )
18                                             )
                                               )
19  ─────────────────────────────────────────  )

20

21

22

23

24

25

26

27

28

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2       PLEASE TAKE NOTICE that defendant, DANIEL EARL SPERL, by his attorneys,

3  Kristina L. Velarde, Cesari Werner & Moriarty, does not oppose the motion by plaintiffs

4  SUSAN WYCKOFF, individually and as Administratrix of the Estate of Peter Wyckoff, and

5  ALEXANDER WYCKOFF by and through his Guardian ad Litem Susan Wyckoff, for order

6  permitting filing of the [Proposed] First Amended Complaint, presently set for hearing March

7  7, 2008.

8

9  Dated: February 20 , 2008                    CESARI WERNER & MORIARTY

10

11                                             By _____

12                                                Kristina L. Velarde

13                                             Attorneys for Defendant
                                               DANIEL EARL SPERL
14

15

16  08.02.19.NonOppos.MtnLeaveFileFAC.sperl

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF NON-OPPOSITION TO MOTION TO FILE [PROPOSED] FIRST AMENDED COMPLAINT