CHAVEZ & GERTLER LLP
JONATHAN E. GERTLER (Bar No. 111531)
JOSEPH R. IGELMUND (Bar No. 52493)
42 Miller Avenue
Mill Valley, California 94941
Telephone: (415) 381-5599
Facsimile: (415) 381-5572

Attorneys for Plaintiffs
SUSAN WYCKOFF and ALEXANDER WYCKOFF

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN WYCKOFF, individually, and as Administratrix of the Estate of PETER WYCKOFF; ALEXANDER WYCKOFF by and through his Guardian ad Litem, SUSAN WYCKOFF,<br><br>Plaintiffs<br><br>vs.<br><br>UNITED STATES OF AMERICA; DANIEL EARL SPERL and DOES 1 through 10,<br><br>Defendants. | Case No. C-07-3600 SI<br><br>**PROOF OF SERVICE**<br><br>Date: March 7, 2008<br>Time: 9:00 a.m.<br>Dept.: Hon. Susan Illston |

PROOF OF SERVICE

Susan Wyckoff, vs. Daniel Earl Sperl, et al.,
United States District Court Northern District Of California Case No. C-07-3600 SI

## PROOF OF SERVICE
(C.C.P. §1013a(3))

STATE OF CALIFORNIA  )
                     ) ss.
COUNTY OF MARIN      )

      I am employed in the County of Marin, State of California. I am over the age of 18 years and not a party to the within action; my business address is Chavez & Gertler LLP, 42 Miller Avenue, Mill Valley, CA 94941.

      On February 26, 2008, I served the foregoing documents:

- **[PROPOSED] ORDER GRANTING LEAVE TO FILE [PROPOSED] FIRST AMENDED COMPLAINT**

- **AMENDED STIPULATION OF PLAINTIFFS AND DEFENDANT UNITED STATES OF AMERICA FOR FILING OF [PROPOSED] FIRST AMENDED COMPLAINT.**

- **SUPPLEMENTAL DECLARATION OF JOSEPH R. IGELMUND IN SUPPORT OF MOTION FOR ORDER GRANTING LEAVE TO FILE [PROPOSED] FIRST AMENDED COMPLAINT**

- **NOTICE OF NON-OPPOSITION BY DEFENDANT DANIEL EARL SPERL TO MOTION FOR ORDER GRANTING LEAVE TO FILE [PROPOSED] FIRST AMENDED COMPLAINT**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed to each as follows:

Jim Scharf
Assistant Attorney General
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Facsimile: (408) 535-5081
james.scharf@usdoj.gov

Kristina Velarde
Cesari, Werner & Moriarty
360 Post Street. 5th Floor
San Francisco, California 94108
kvelarde@cwmlaw.com

Andy Davis
Davis Law Offices
1900 West Garvey Ave. South; Suite 160
West Covina, CA 91790
davislawoffice@verizon.net

[X]  **BY EMAIL:** The above mentioned document was also served on the interested parties in this action by transmitting them via email, addressed to the person to be served at the email addresses shown above.

[X]  **BY MAIL:** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know

1

PROOF OF SERVICE

that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Mill Valley, California.

Executed on February 26, 2008, at Mill Valley, CA.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Peter Newcome