```
CHAVEZ & GERTLER LLP
JONATHAN E. GERTLER (Bar No. 111531)
JOSEPH R. IGELMUND (Bar No. 52493)
42 Miller Avenue
Mill Valley, California 94941
Telephone: (415) 381-5599
Facsimile:  (415) 381-5572

Attorneys for Plaintiffs
SUSAN WYCKOFF and ALEXANDER WYCKOFF
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN WYCKOFF, individually, and as Administratrix of the Estate of PETER WYCKOFF; ALEXANDER WYCKOFF by and through his Guardian ad Litem, SUSAN WYCKOFF,<br><br>　　　　Plaintiffs<br><br>vs.<br><br>UNITED STATES OF AMERICA; DANIEL EARL SPERL and DOES 1 through 10,<br><br>　　　　Defendants. | Case No. C-07-3600 SI<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO FILE [PROPOSED] FIRST AMENDED COMPLAINT**<br><br>Date:　March 7, 2008<br>Time:　9:00 a.m.<br>Dept.:　Hon. Susan Illston |

1  This Court having reviewed plaintiffs' Motion for Order Granting Leave to File
2  [Proposed] First Amended Complaint, the Amended Stipulation of Plaintiffs and Defendant
3  United States of America for Filing of [Proposed] First Amended Complaint, and the Notice
4  of Non-Opposition by Defendant Daniel Earl Sperl to Motion for Order Granting Leave to
5  File [Proposed] First Amended Complaint, and good cause appearing,

6  IT IS ORDERED that plaintiffs' Motion for Order Granting Leave to File [Proposed]
7  First Amended Complaint is granted, and

8  IT IS FURTHER ORDERED that plaintiffs shall file the [Proposed] First Amended
9  Complaint by __3/7/08_____.

11 Dated: February ___, 2008

12  _____
    HONORABLE SUSAN ILLSTON
13  UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER GRANTING LEAVE TO FILE [PROPOSED] FIRST AMENDED COMPLAINT