Susan Wyckoff, vs. Daniel Earl Sperl, et al.,
United States District Court Northern District Of California Case No. C-07-3600 SI

**PROOF OF SERVICE – VIA MAIL**
(C.C.P. §1013a(3))

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF MARIN        )

      I am employed in the County of Marin, State of California. I am over the age of 18 years and not a party to the within action; my business address is Chavez & Gertler LLP, 42 Miller Avenue, Mill Valley, CA 94941.

      On March 5, 2008, I served the foregoing documents:

- **FIRST AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed to each as follows:

Jim Scharf
Assistant Attorney General
150 Almaden Blvd., Suite 900
San Jose, CA 95113
Facsimile: (408) 535-5081
james.scharf@usdoj.gov

Kristina Velarde
Cesari, Werner & Moriarty
360 Post Street. 5th Floor
San Francisco, California 94108
kvelarde@cwmlaw.com

Andy Davis
Davis Law Offices
1900 West Garvey Ave. South; Suite 160
West Covina, CA 91790
davislawoffice@verizon.net

[X]  **BY MAIL:** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Mill Valley, California.

      Executed on March 5, 2008, at Mill Valley, CA.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*Peter Newcome*
Peter Newcome