# EXHIBIT 3

# CHAVEZ & GERTLER LLP

## ATTORNEYS AT LAW

42 MILLER AVENUE
MILL VALLEY, CA 94941
TELEPHONE: (415) 381-5599
FACSIMILE: (415) 381-5572
joe@chavezgertler.com

January 22, 2008

**VIA EMAIL AND U.S. MAIL**

Kristina Velarde, Esq.
Cesari, Werner & Moriarty
360 Post Street. 5ᵗʰ Floor
San Francisco, California 94108

**Re: Wyckoff/Eap v. United States**

Dear Kristina:

Pursuant to our telephone discussion, this is an attempt to meet and confer regarding medical records and personnel records pertaining to Mr. Sperl and as to which you have declined to cooperate in discovery.

We request the right to review all medical records and personnel records pertaining to Mr. Sperl and generated within the two year period preceding the automobile collision. The CHP describes the circumstances of the collision as: Mr. Sperl was traveling "at a high rate of speed" on an undivided highway in "heavy rainfall with a wet roadway surface," lost control as he "rapidly passed all witnesses," crossed the double yellow line, and collided with plaintiffs' vehicle, resulting in the deaths of two plaintiffs' family members. Further, the limited medical records provided to date, and Mr. Sperl's testimony, show that Mr. Sperl had numerous medical appointments over an extended period preceding the collision, and had been on substantial medication for an extended period of time.

The purpose of review of the medical records is to identify all physical and mental conditions bearing on whether Mr. Sperl should not have been driving on the date of the collision; to identify all doctors and medical professionals who treated Mr. Sperl and all pharmacies that prescribed medications to Mr. Sperl, and thus may have information relating to whether Mr. Sperl should not have been driving on the date of the collision; and to determine the extent to which the United States Coast Guard was aware of, or should have been aware of, any conditions of Mr. Sperl pursuant to which he should not have been driving on the date of the collision.

Kristina Velarde, Esq.
January 22, 2008
Page 2

The purpose of review of the personnel records is to identify all facts, whether medical or otherwise, bearing upon whether Mr. Sperl should not have been driving on the date of the collision; to identify all persons who supervised or evaluated or may have discoverable information relating to Mr. Sperl and whether he should not have been driving on the date of the collision; and to determine the extent to which the United States Coast Guard was aware of, or should have been aware of, any facts regarding Mr. Sperl pursuant to which he should not have been driving on the date of the collision.

We ask to hear from you by January 25, 2008.  Thank you for your cooperation in this matter.

Very truly yours,

Joseph R. Igelmund

cc:    Andrew Davis, Esq.

08.01.22.Velarde.jri.M&C.Sperl Docs