# EXHIBIT 5

```
                    ***** SPERL,DANIEL E *****                          PAGE 1
PDTS Cardholder ID: 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 20      PDTS Person Code: 1   22 Dec 2005 16:57
Age: 46y      Sex: MALE                                 Profile Length: 180 DAYS
Allergies: NKA
```

*List of MEDS in LAST 180 days*

```
Pharmacy Comment: NONE

=================================================================

CHCS PROFILE (LAST 180 DAYS)

RX #         DRUG                           STATUS  QTY    FILL DATE     REF LEFT
CP3000925    ALPRAZOLAM--PO 0.5MG TAB          A      3    21 Dec 2005    NR    → yesterday
CP3000873    CLONAZEPAM--PO 0.5MG TAB EACH     A     60    16 Dec 2005    1 of 2
CP7016746    RAMIPRIL--PO 5MG CAP EA           A     90    23 Nov 2005    0 of 2
CP7020889    SERTRALINE--PO 100MG TAB          A     60    26 Oct 2005    1 of 1
CP7016750    COLESTIPOL--PO 1GM TAB            A    100    17 Oct 2005    2 of 3
CP7016747    OMEPRAZOLE--PO 20MG CAP           A    100    04 Oct 2005    0 of 3
CP7016755    FLUTICASONE--NAS INHA             A      1    04 Oct 2005    1 of 3
CP7020530    ATENOLOL--PO 100MG TAB            A     90    04 Oct 2005    3 of 3
CP7020531    SERTRALINE--PO 100MG TAB          E     30    04 Oct 2005    NR
CP7016749    SIMVASTATIN--PO 20MG TAB          A    100    10 Aug 2005    0 of 1
CP7017214    TRAMADOL--PO 50MG TAB             A     90    10 Aug 2005    0 of 2
CP7019618    ATENOLOL--PO 100MG TAB            E     30    10 Aug 2005    NR
CP3000777    VICODIN EQ (LORTAB) 5-500MG TA    E     30    12 Jul 2005    NR
CP7016754    LOPERAMIDE--PO 2MG CAP            A     90    11 Jul 2005    1 of 2

PDTS PROFILE (LAST 180 DAYS)

PDTS      DRUG NAME                          CPD    DAYS    NEW/     DATE
RX#       <PHARMACY NAME/PHYSICIAN>          QTY    SUPPLY  REFILL   FILLED
2522387   ROXICET 5/325 TABLET               120    10      0        04 Nov 2005
          <TRAVIS 1ST FLR OP PHCY/5027>
2395308   KLONOPIN 0.5 MG TABLET              60    30      2        18 Oct 2005
          <TRAVIS NO NEW/REFILL PHCY/TARASENKO, VALERY MD>
2455068   TRAMADOL HCL 50 MG TABLET          180    30      0        12 Sep 2005
          <TRAVIS 1ST FLR OP PHCY/5027>
2455070   MOBIC 15 MG TABLET  meloxicam       90    90      0        12 Sep 2005
          <TRAVIS 1ST FLR OP PHCY/5027>
2455069   NEURONTIN 300 MG CAPSULE           180    30      0        12 Sep 2005
          <TRAVIS 1ST FLR OP PHCY/5027>
2455067   ROXICET 5/325 TABLET               120    10      0        12 Sep 2005
          <TRAVIS 1ST FLR OP PHCY/5027>
2436363   TRAMADOL HCL 50 MG TABLET           60    30      0        25 Aug 2005
          <TRAVIS 1ST FLR OP PHCY/1176>
183432    HYDROCODONE/APAP 5/500 TAB          90    10      0        11 Aug 2005
          <RITE AID PHARMACY #6364/TARASENKO, VALERY MD>
2353796   KLONOPIN 0.5 MG TABLET              30    30      0        15 Jul 2005
          <TRAVIS BX OP PHCY/TARASENKO, VALERY MD>
                           *** END OF REPORT ***
```

"This correspondence may contain information covered under the Privacy Act, 5 USC(a), Health Insurance Portability and Accountability Act, Public Law 104-191, and DoD Directive 6025.18. It must be protected in accordance with those provisions."

Enclosure (11)