# EXHIBIT 6

HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

Patient: SPERL, DANIEL E
Facility:
Date: 25 Oct 2005 0840 PST
Clinic: PRIMARY CARE PETALUMA
Appt Type: ROUTS
Provider: HARMAN, KENNETH R

Reason for Appointment: f/u per Dr Harman
Appointment Comments:
KX:

AutoCites Refreshed by HARMAN, KENNETH R @ 25 Oct 2005 0908 PST

**Vitals**
Vitals Written by OBERG, GEORGE E @ 25 Oct 2005 0837 PST
BP: 124/79, HR: 52, RR: 16, T: 98.0 °F, WT: 200 lbs.

SO Text Note Written by OBERG, GEORGE E @ 25 Oct 2005 0844 PST
S: here for F/U Hypertension and depression. PT has brought all his medications to be evaluated as per DR. Harmans instructions

SO Text Note Written by HARMAN, KENNETH R @ 25 Oct 2005 0920 PST

Current meds:
Neurontin 300mg BID to TID
Omeprazole 20mg QD
Simvastin 20mg QD
Atenolol 100 mg QD
- Sertraline 100mg QD
- Ramipril 5 mg QD
- Mobic 15mg QD
- Clonazepam 0.5mg QD
Colestipol 1gm QD
Loperamide PRN
Percocet PRN

A: Chronic pain syndrome
   Depression
   Hypertension
   GERD
   Dyslipidemia

P: Increase sertraline to 150mg QD
   Continue current meds
   RTC three weeks or PRN

A/P Written by HARMAN, KENNETH R @ 25 Oct 2005 0917 PST

**1. DEPRESSION**

Δ π EXHIBIT C
Deponent Sperl
Date 12-12-07    Rptr. CL
WWW.DEPOBOOK.COM

| Name | SPERL, DANIEL E | Sex: M | Sponsor SSN: | SPERL, DANIEL E 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 |
|---|---|---|---|---|
| FMP-SS | | Tel H: 7754233836 | Rank: | CHIEF PETTY OFFICER |
| DOB: | 26 Jan 1959 | Tel W: 7077767765 | Unit | CG TRACEN PETALUMA |
| PCat | USCG ACTIVE DUTY | CS: | Outpt Rec Rm. | |
| MC Status | | SWS | PCM: | |
| Insurance | NO | | Tel PCM | |

CHRONOLOGICAL RECORD OF MEDICAL CARE
THIS INFORMATION IS PROTECTED BY THE PRIVACY ACT OF 1974 (PL-93-579). UNAUTHORIZED ACCESS TO THIS INFORMATION IS A ... OF FEDERAL LAW VIOLATORS WILL BE PROSECUTED.
STANDARD FORM 600 (REV. 5)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505
Page 1 of 2