# EXHIBIT 7

For Healthcare

**zyprexa**
*Olanzapine*

Zyprexa is approved for the treatment of schizophrenia, acute manic or mixed episodes of bipolar I disorder, and maintenance treatment in bipolar disorder.

ZYPREXA Home | About ZYPREXA | For Bipolar Patients & Caregivers
For Schizophrenia Patients & Caregivers

- About ZYPREXA
    - How ZYPREXA Works
    - Formulations and Dosing
    - Getting the Most From ZYPREXA
    - Frequently Asked Questions About ZYPREXA

- Prescribing Information
- Safety Information

## FAQs About ZYPREXA® (olanzapine)

Learn more about ZYPREXA through these commonly asked questions:

You must select at least 1 question or "View All."

[View All]    [Print My FAQs]

**Q1:** What is ZYPREXA?

**A1:** ZYPREXA is a prescription medicine approved by the FDA for the treatment of:

- Acute manic or mixed episodes of bipolar I disorder
- Maintenance treatment in bipolar disorder
- Schizophrenia

ZYPREXA was among the first of a newer generation of medicines used to treat these conditions.

[X] Close

**Q2:** Is ZYPREXA safe for me to use?

**Q3:** How does ZYPREXA work?

**Q4:** How do I take ZYPREXA and how often?

**Q5:** What are the most common side effects of ZYPREXA?

**A5:** Every medicine offers healing benefits for many individuals along with the possibility of undesired effects. At Lilly, we believe our most important job is to protect patient safety, which means being completely up-front about potential side effects.

Like all medicines, ZYPREXA can cause side effects. Medications affect people in different ways. Some common side effects of ZYPREXA are drowsiness, increased appetite, weight gain, constipation, dry mouth, dizziness, weakness, upset stomach, tremors (shakes), dizziness, and restlessness.
These side effects generally do not bother people enough to cause them to stop taking

ZYPREXA. This is not a complete list of side effects. You can find more information in the Important Safety Information or by consulting the Prescribing Information on this site. Talk to your doctor about any questions or concerns.

☒ Close

- **Q6:** What are some suggestions of things I can do to help with side effects?
- **Q7:** Can I stop taking ZYPREXA once I feel better?
- **Q8:** How will I know if ZYPREXA is working?
- **Q9:** Why is it important to share information with my doctor?
- **Q10:** Should I stop taking ZYPREXA if I gain weight?
- **Q11:** Does ZYPREXA have a diabetes warning?
- **Q12:** What are the signs of high blood sugar?
- **Q13:** I heard that taking ZYPREXA may affect lipid levels. What are lipids, and what does that mean?
- **Q14:** How thoroughly has the safety of ZYPREXA been studied?

[View All]　[Print My FAQs]

---

View ZYPREXA Tablets and Dispensing Information | Safety Information | Prescribing Information

Print This Page | Contact Us | Email a Friend | Site Map

Privacy Statement | Terms of Use

Copyright © 2008 Eli Lilly and Company. All rights reserved.
ZYPREXA is a registered trademark of Eli Lilly and Company.
This site is intended for U.S. residents age 18 and over.
For more information about ZYPREXA, contact your doctor or other healthcare professional.
OL36317