# EXHIBIT 9

NAULTY, Karen
FSCM/E-9, Coast Guard Active Duty
CG TRACEN Petaluma, CA
Ph: 707-765-7154

Face to Face (verbal) interview – Building 125, Room 212
17 May 2007
1504

All information contained was provided by FSCM Naulty

At the time of the motor vehicle accident, FSCM Karen Naulty was his supervisor. FSC Sperl was relieved of his previous position, which involved managing the student barracks on board TRACEN Petaluma, as a result of poor performance. Therefore, since his medical conditions impacted his employment due to his repeated scheduled appointments and he had a history of poor work performance, he was directed to manage his medical conditions and notify her of his status periodically. Additionally, as a senior enlisted individual, he was trusted to manage his appointments without oversight.

FOR OFFICIAL USE ONLY: Information contained in this correspondence may be subject to the Privacy Act of 1974 (5 U.S.C. 552a). Personal information contained in this correspondence may be used only by authorized persons in the conduct of official business. Any unauthorized disclosure or misuse of personal information may result in criminal and/or civil penalties. If you are not the intended recipient of this correspondence please destroy all copies of this correspondence after notifying the sender of your receipt of it.

Enclosure (13)