# EXHIBIT 10

```
 1                UNITED STATES DISTRICT COURT

 2     NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

 3                                           - - - CERTIFIED COPY

 4   CHARLIE EAP, heir at law of      )
     decedent Holly Annie Eap,        )
 5                                    )
           Plaintiffs,                )
 6      vs.                           ) CASE NO. C 07-2301 SI
                                      ) CLAIM 7728
 7   UNITED STATES OF AMERICA,        )
     DANIEL EARL SPERL,               )
 8                                    )
           Defendants.                )
 9   _____)
     SUSAN WYCKOFF, individually,     )
10   and as Administratrix of the    )
     Estate of PETER WYCKOFF, et al, )
11                                    )
           Plaintiffs,                )
12      vs.                           ) CASE NO. C 07 3600 JCS
                                      )
13   UNITED STATES OF AMERICA;        )
     DANIEL EARL SPERL,               )
14                                    )
           Defendants.                )    Volume I
15   _____)    Pages 1 - 232

16         | DEPOSITION OF DANIEL EARL SPERL |

17                   OFFICE SUPPORT CENTER

18                       RENO, NEVADA

19                    DECEMBER 12, 2007

20

21
     Atkinson-Baker, Inc.
22   Court Reporters
     (800) 288-3376
23   www.depo.com

24   REPORTED BY:    CARRIE HEWERDINE, CSR NO. 820

25   FILE NO.:       A106C60
```

Q    Okay. It was early morning?

A    It was in the morning.

Q    Okay. And under S, which is a SOAP format, for subjective, the sentence begins, "Here for follow-up on sleep study." Were through for a follow-up on sleep study?

A    Where?

Q    To Dr. Harman --

A    Yes.

Q    -- on December 21st?

A    Yes, I guess I was.

Q    Were you having problems with sleeping?

A    I didn't sleep much.

Q    Okay. About how often with were you sleeping during this timeframe?

A    Oh, a good night, six hours, bad night, none.

Q    And do you recall, on the night of December 21st, the day before the accident, how much you slept?

A    No, I do not, sir.

Q    You don't know whether it was zero or six?

A    I wish I could tell you 12 hours. I can't.

Q    Does -- you just don't recall?

A    I don't recall, sir.

Q    Did your sleep problems affect your ability to focus?

206

A   I've had it my whole life, sir.

Q   I know, but when you -- when you experience -- I'm trying to figure out what are the symptoms that you experienced from sleep deprivation. Would it affect your ability to focus?

MS. VELARDE: Objection. Vague.

BY MR. SCHARF:

Q   Okay. I could narrow the timeframe to, you know, a few months before the accident. When you would have sleep problems, would it affect your ability to focus?

A   No, sir.

Q   Would it affect your ability to concentrate?

A   Not that I know of, sir.

Q   Affect your ability to understand?

A   Not that I know of, sir.

Q   Affect your ability to communicate?

A   Not that I know of, sir.

Q   Affect your ability to remember?

A   Not that I know of, sir.

Q   Did it affect your ability to drive?

A   No, sir.

Q   What did it affect?

A   It made me miserable when I laid down and wished I was asleep.

Q   It made you tired?

207