1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  NEILL T. TSENG (CSBN 220348)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, CA 94102-3495
       Telephone: (415) 436-7155
6      Fax: (415) 436-6927
       neill.tseng@usdoj.gov
7
   Attorneys for Defendant
8  United States of America

9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                            SAN FRANCISCO DIVISION
12

13 CHARLIE EAP,                    )   Case No.    C 07-2301 SI
                                   )               C 07-3600 SI
14         Plaintiff,              )
                                   )
15 SUSAN WYCKOFF,                  )   NOTICE OF APPEARANCE
                                   )
16         Plaintiff,              )
                                   )
17      v.                         )
                                   )
18 UNITED STATES OF AMERICA,       )
   DANIEL EARL SPERL,              )
19                                 )
           Defendants.             )
20 _____  )

21     PLEASE TAKE NOTICE THAT THE CLERK is hereby requested to enter the appearance

22 of Neill T. Tseng as an additional attorney for the Federal Defendants.  James Scharf  remains

23 lead trial attorney for the Federal Defendants.

24     The Clerk is requested to change the docket sheet and other Court records to reflect that all

25 Orders and communications from the Court in the future continue to include James Scharf, but

26 also include and be directed to:

27        Neill T. Tseng
          Assistant United States Attorney
28        450 Golden Gate Avenue, Box 36055
          San Francisco, California 94102-3495

   Notice of Appearance
   C 07- 2301 SI
   C 07-3600 SI                              -1-

1  Telephone: (415) 436-7155
   Facsimile: (415) 436-6927
2  Email: neill.tseng@usdoj.gov

3

4
   DATED: March 11, 2008                Respectfully submitted,
5
                                        JOSEPH P. RUSSONIELLO
6                                       United States Attorney

7                                                /s/
                                        _____
8                                       NEILL T. TSENG
9                                       Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Appearance
C 07- 2301 SI
C 07-3600 SI                          -2-