1  JOSEPH P. RUSSONIELLO (California Bar No. 44332)
   United States Attorney
2  JOANN M. SWANSON (California Bar No. 88143)
   Chief, Civil Division
3  JAMES A. SCHARF (California Bar No. 152171)
   Assistant United States Attorney
4
        150 Almaden Blvd, Suite 900
5       San Jose, California 95113
        Telephone:  (408) 535-5044
6       Facsimile:  (408) 535-5081
        Email:  james.scharf@usdoj.gov
7
   Attorneys for Defendant
8  UNITED STATES OF AMERICA

9                  UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

12

13  SUSAN WYCKOFF, individually, and as          Case No. C 07-2301 SI
    Administratrix of the Estate of PETER
14  WYCKOFF; ALEXANDER WYCKOFF by                Case No. C 07-3600 SI
    and through his Guardian ad Litem, SUSAN
15  WYCKOFF,                                     DEFENDANT USA'S
                                                 ANSWER TO WYCKOFF
16           Plaintiffs,                         PLAINTIFFS' FIRST AMENDED
                                                 COMPLAINT
17  CHARLIE EAP, heir at law of decedent, Holly
    Annie Eap,
18
             Plaintiff,
19
                 v.
20
    UNITED STATES OF AMERICA and
21  DANIEL EARL SPERL,

22           Defendants.

23

24

25

-1-

1     On behalf of itself and no other, defendant United States of America answers the first

2  amended complaint of plaintiffs Susan Wyckoff, individually, and as Administratrix of the Estate

3  of Peter Wyckoff, and Alexander Wyckoff by and through his Guardian ad Litem, Susan

4  Wyckoff.

5     1 through 22.  The United States reaffirms and incorporates its responses to paragraphs 1

6  through 22 of its answer to the Wyckoff  plaintiffs' initial complaint for damages as though fully

7  set forth herein.

8     23.  The United States denies that it negligently supervised Defendant Sperl.  The United

9  States avers that United States Coast Guard physician Dr. Kenneth Harman told Defendant Sperl

10  to get a driver to take him to Santa Rosa for his MRI appointment.  The United States further

11  avers that it was under no duty to order Defendant Sperl not to use his personal vehicle to go to

12  his personal medical appointments; that Defendant Sperl's employer was not aware of any

13  information that suggested that Defendant Sperl was unfit to drive; and that Defendant USA's

14  alleged failure to supervise Defendant Sperl was not a cause of the subject accident.  The United

15  States denies all allegations of paragraph 23 that are inconsistent with the response herein.

16     24 through 29.  The United States reaffirms and incorporates its responses to paragraphs

17  23 through 28 of its answer to the Wyckoff  plaintiffs' initial complaint for damages as though

18  fully set forth herein.

### V.  PRAYER

20     1.     The United States denies that plaintiffs are entitled to any relief against it in this

21  action.

22     2.     The United States denies that plaintiffs are entitled to any relief against it in this

23  action.

24     3.     The United States denies that plaintiffs are entitled to any relief against it in this

25  action.

4.        The United States denies that plaintiffs are entitled to any relief against it in this action.

5.        The United States denies that plaintiffs are entitled to any relief against it in this action.

6.        The United States denies that plaintiffs are entitled to any relief against it in this action.

## AFFIRMATIVE DEFENSES

**First Defense through Eighteenth Defense**

The United States reaffirms and incorporates its First Defense through Eighteenth Defense of its answer to the Wyckoff plaintiffs' initial complaint for damages as though fully set forth herein.

**WHEREFORE**, the United States prays as follows:

1.  That plaintiffs take nothing by way of their first amended complaint, and that the first amended complaint and complaint for damages be dismissed with prejudice;

2.  For costs of suit and reasonable attorneys' fees incurred herein; and

3.  For such other relief this Court deems proper.

DATED:  March 20, 2008                          Respectfully submitted,

                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney

                                                _____/S/_____

                                                JAMES A. SCHARF
                                                Assistant United States Attorney