**PAUL N. CESARI, ESQ., (BAR NO. 118110)**
**CESARI, WERNER AND MORIARTY**
360 Post Street, Fifth Floor
San Francisco, CA 94108-4908
Telephone: (415) 391-1113
Facsimile: (415) 391-4626
**4991-6-15(A)**
Attorneys for Defendant
DANIEL EARL SPERL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE EAP, heir at law of decedent Holly Annie Eap, <br><br>　　　　Plaintiffs, <br><br>v. <br><br>UNITED STATES OF AMERICA, DANIEL EARL SPERL, <br><br>　　　　Defendants. <br><br>SUSAN WYCKOFF, individually, and as Administratrix of the Estate of PETER WYCKOFF; et al <br>　　　　Plaintiffs, <br><br>v. <br><br>UNITED STATES OF AMERICA, DANIEL EARL SPERL, <br><br>　　　　Defendants. | Case No. CO7-2301 SI <br> Case No. C07-3600 JCS <br><br> **DEFENDANT DANIEL SPERL'S ANSWER TO WYCKOFF'S FIRST AMENDED COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL** |

COMES NOW Defendant DANIEL EARL SPERL and for answer to the unverified complaint of SUSAN WYCKOFF, individually, and as Administratrix of the Estate of PETER WYCKOFF; ALEXANDER WYCKOFF by and through his Guardian ad Litem, SUSAN WYCKOFF, on file herein admits, denies and alleges as follows:

Answering the allegations of paragraphs 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 and 12 of the Complaint this answering Defendant denies each and every, all and singular, generally and specifically, the allegations therein contained, and further denies that Plaintiffs have been damaged in any sum or whatsoever, or at all.

## ANSWER TO COUNT I

As to paragraph 13 of the Complaint, Defendant herein incorporates his denials to paragraphs 7 through 13, inclusive.

Answering the allegations of paragraphs 14, 15, 16, 17, 18, 19, and 20 of the Complaint this answering Defendant denies each and every, all and singular, generally and specifically, the allegations therein contained, and further denies that Plaintiffs have been damaged in any sum or whatsoever, or at all.

## ANSWER TO COUNT II

As to paragraph 21 of the Complaint, Defendant herein incorporates his denials to paragraphs 14 through 21, inclusive.

Answering the allegations of paragraphs 22, 23, 24, 25 and 26 of the Complaint this answering Defendant denies each and every, all and singular, generally and specifically, the allegations therein contained, and further denies that Plaintiffs have been damaged in any sum or whatsoever, or at all.

## ANSWER TO COUNT III

As to paragraph 27 of the Complaint, Defendant herein incorporates his denials to paragraphs 7 through 27, as though fully set forth at length herein.

Answering the allegations of paragraphs 28 and 29 of the Complaint this answering Defendant denies each and every, all and singular, generally and specifically, the allegations

therein contained, and further denies that Plaintiffs have been damaged in any sum or whatsoever, or at all.

This answering Defendant further denies that by reason of any act or acts, omission or omissions, fault, carelessness or negligence upon his part, Plaintiffs sustained injuries, loss or damages of any kind or character, in any part thereof, or in any sum whatsoever, or at all.

## AFFIRMATIVE DEFENSES

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering Defendant alleges that Plaintiffs herein failed to state a cause of action for which relief may be granted.

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering Defendant alleges that the injuries and damages of which Plaintiffs complain were proximately caused by the negligence and fault of other Defendants herein, and without any fault or want of care on the part of this answering Defendant or on the part of any person or persons for whose acts this answering Defendant was or is legally responsible.

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering Defendant alleges that should Plaintiffs recover damages against any Defendants, said Defendants are entitled to have the amount abated, reduced or eliminated to the extent Plaintiffs' negligence caused or contributed to their injuries and damages, if any.

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering Defendant alleges that the Plaintiffs are barred by the

provisions of California Code of Civil Procedure, Section 335.1, in that more than two years has elapsed from the date of the alleged injury and the date of filing of the Complaint herein.

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering Defendant alleges that Plaintiffs herein failed to mitigate their damages with respect to the subject matter of this lawsuit.

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering Defendant alleges that Plaintiffs assumed the risk of the hazards alleged, if any hazard there were.

Defendant reserves the right to allege other affirmative defenses as they may arise during the course of discovery.

WHEREFORE, this answering Defendant prays that Plaintiffs take nothing by way of the Complaint on file herein; that this answering Defendant have judgment thereon, together with his costs of suit, and for such other and further relief as the Court may deem proper.

DATED: April 3, 2008                                  CESARI, WERNER AND MORIARTY


                                                      _____
                                                      PAUL N. CESARI
                                                      **Attorney for Defendant**
                                                      **Daniel Earl Sperl**