**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**DEFENDANT USA'S ANSER TO EAP PLAINTIFF'S FIRST AMENDED COMPLAINT; and**

**DEFENDANT USA'S AMENDED ANSWER TO WYCKOFF PLAINTIFFS' FIRST AMENDED COMPLAINT.**

**CHARLIE EAP v. UNITED STATES OF AMERICA and DANIEL EARL PEARL**
**C-07-2301 SI**

**SUSAN WYCKOFF, et al. v. UNITED STATES OF AMERICA and DANIEL EARL PEARL**
**C-07-3600 SI**

to be served this date upon the party(ies) via:

  **XX    FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice

to the parties addressed as follows:

| | |
|---|---|
| Andrew Jackson Davis | Jonathan E. Gertler, Esq |
| Davis Law Offices | Joseph R. Ingelmund, Esq |
| 1900 W Garvey Ave S #160 | 42 Miller Avenue |
| West Covina, CA 91790 | Mill Valley, CA 94941 |

Paul N. Cesari, Esq
Kristina Lee Velarde, Esq.
Cesari, Werner & Moriarty
360 Post Street
San Francisco, CA 94108-4908

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of April, 2008, at San Jose, California.

__/s/_____
Mimi Lam, Legal Assistant