

**U.S. Department of Justice**

*United States Attorney*
*Northern District of California*

*150 Almaden Blvd., Suite 900*  (408) 535-5044
*San Jose, California 95113*  FAX:(408) 535-5081

May 1, 2008

Hon. Susan Illston
US District Court
Norther District of California
450 Golden Gate Ave
San Francisco, CA 94104

        Re:    Eap/Wyckoff v. USA/Sperl
              Case Nos. C 07-2301 SI and C 07-3600 SI
              Defendant USA's Motion to Permit Deposition Discovery Or In The
              Alternative Request for Further CMC on May 9, 2008

Dear Judge Illston:

    On behalf of all of the parties in this case, I am pleased to submit for the Court's consideration a Stipulation for Revised Case Management Schedule and Proposed Order, filed herewith, as a joint proposal for a resolution of the pending scheduling dispute, which is the subject of Defendant USA's Motion to Permit Deposition Discovery Or In The Alternative Request For Further CMC on May 9, 2008, filed April 25, 2008.  Pursuant to this Stipulation, defendant USA hereby requests the Court to stay the seven-day deadline for plaintiffs to file letter opposition to defendant USA's letter motion filed April 25, 2008, while the Court is considering whether to approve this Stipulation.  In the event the Court issues the proposed Order pursuant to this stipulation, defendant USA agrees to take its April 25, 2008, letter motion off calendar.

    Respectfully submitted,

                                    JOSEPH P. RUSSONIELLO,
                                    United States Attorney

                                    _____/S/_____
                                    James A. Scharf
                                    Assistant United States Attorney