**From:** Joe Igelmund
**Sent:** Wednesday, March 26, 2008 10:35 PM
**To:** kvelarde@cwmlaw.com; james.scharf@usdoj.gov; neill.tseng@usdoj.gov; davislawoffice@verizon.net
**Cc:** Jonathan Gertler
**Subject:** FW: Activity in Case 3:07-cv-02301-SI Eap v. United States of America et al Order on Motion for Protective Order

Kristina and Jim - Now that Judge Illston has issued her ruling on the motion for protective order, we need to address the following:

1/ When may we expect your respective amended responses to interrogatories, answering with respect to all employment and medical matters of Mr. Sperl during the two years preceding the accident. While two weeks would seem reasonable, we do not know how many documents there are and the extent to which you need to gather any further information or documents. Please advise.

2/ When may we expect your respective amended responses to the document requests as to all employment and medical records prepared for Mr. Sperl during the two years preceding the accident. Again, would two weeks from today be acceptable?

3/ With respect to the documents being produced, I believe that we have an agreement that all documents will be Bates stamped. Bates stamping will also make your discovery responses easier. Your respective responses to documents requests to the effect that "see previous documents produced" are clearly improper, as they do not sufficiently identify the subject documents. Once you have Bates stamped all responsive documents, you can refer to the documents by Bates number, thereby curing the responses' deficiencies. I will be sending you a further meet and confer on your interrogatory and document request responses by this weekend.

4/ We would like to have all responsive documents before any future depositions of percipient witnesses who had any contact with Mr. Sperl. We would appreciate your confirming that this is agreeable.

Jim - I did not copy Chad on this because could not find his email address, while here in Arizona. Would be grateful if you forward.

Thanks.

---

**From:** ECF-CAND@cand.uscourts.gov [mailto:ECF-CAND@cand.uscourts.gov]
**Sent:** Wed 3/26/2008 2:21 PM
**To:** efiling@cand.uscourts.gov
**Subject:** Activity in Case 3:07-cv-02301-SI Eap v. United States of America et al Order on Motion for Protective Order

file:///K|/Wyckoff.Eap%20v.%20USA/Pleadings/08.05.16.Exhibit%202.htm

Case 3:07-cv-03600-SI    Document 52-3    Filed 05/17/2008    Page 2 of 4

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* There is no charge for viewing opinions.**

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from entered on 3/26/2008 2:21 PM and filed on 3/26/2008

| | |
|---|---|
| **Case Name:** | Eap v. United States of America et al |
| **Case Number:** | 3:07-cv-2301 |
| **Filer:** | |
| **Document Number:** | 36 |

**Docket Text:**
**ORDER RE: discovery (SI, COURT STAFF) (Filed on 3/26/2008)**

| | |
|---|---|
| **Case Name:** | Wyckoff et al v. United States of America et al |
| **Case Number:** | 3:07-cv-3600 |
| **Filer:** | |
| **Document Number:** | 39 |

**Docket Text:**

**ORDER RE: discovery (SI, COURT STAFF) (Filed on 3/26/2008)**

**3:07-cv-2301 Notice has been electronically mailed to:**

Paul N. Cesari   pcesari@cwmlaw.com

Andrew J. Davis , Jr   davislawoffice@verizon.net

Joseph R. Igelmund   joe@chavezgertler.com, moya@chavezgertler.com

James A. Scharf   james.scharf@usdoj.gov, mimi.lam@usdoj.gov

Neill Tai Tseng   neill.tseng@usdoj.gov, manik.bowie@usdoj.gov

Kristina Lee Velarde   kvelarde@cwmlaw.com

**3:07-cv-2301 Notice has been delivered by other means to:**

Andrew Jackson Davis
Davis Law Offices
1900 W Garvey Ave S #160
West Covina, CA 91790

**3:07-cv-3600 Notice has been electronically mailed to:**

Paul N. Cesari   pcesari@cwmlaw.com

Andrew J. Davis , Jr   davislawoffice@verizon.net

Jonathan E Gertler   jon@chavezgertler.com, moya@chavezgertler.com

Joseph R. Igelmund   joe@chavezgertler.com, moya@chavezgertler.com

James A. Scharf   james.scharf@usdoj.gov, mimi.lam@usdoj.gov

Neill Tai Tseng   neill.tseng@usdoj.gov, manik.bowie@usdoj.gov

Kristina Lee Velarde   kvelarde@cwmlaw.com

**3:07-cv-3600 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**
Main Document

**Original filename:**

C:\Documents and Settings\USDC\My Documents\Adobe\07-2301.01.pdf

**Electronic document Stamp:**

[STAMP CANDStamp_ID=977336130 [Date=3/26/2008] [FileNumber=4250543-0]

[80f969117e6c2e491cf617ec5ca803be1139e70b9f4c64fc79a8d873623623488c37c

7fae62502a8f5ad7ac08eed81695c662e749bef6e2fdae411941ec394ae]]