**From:** Joe Igelmund
**Sent:** Thursday, April 10, 2008 11:47 AM
**To:** Scharf, James (USACAN); Peter B. Newcome
**Cc:** Chad.E.Kauffman@uscg.mil; Jonathan Gertler
**Subject:** RE: Wyckoff v USA - Extend time to amend answer

Thanks, Jim.  This flu has really knocked me out.
I was surprised to hear that it took Chad 10 hours to set up a proposed schedule.  Who are all of these witnesses?
I understood that you would have a few non-party related witnesses whom you have the right to notice for deposition, but that the great majority of the witnesses will be your own party-related and/or percipient witnesses whose depos we have the right to notice if we choose to do so, and -- per my previous email -- in the order we want after reviewing your and Sperl's amended document production/discovery responses first.
I am perfectly willing to review any tentative schedule that Chad proposes, but we need to see defendants' amended document production/discovery responses and then make our determination.
Thanks.

---

**From:** Scharf, James (USACAN) [mailto:James.Scharf@usdoj.gov]
**Sent:** Thu 4/10/2008 11:08 AM
**To:** Peter B. Newcome; Joe Igelmund
**Cc:** Chad.E.Kauffman@uscg.mil
**Subject:** RE: Wyckoff v USA - Extend time to amend answer

Joe, sorry to hear you are sick.  The worst part about being sick is that it disrupts your exercise schedule.  Hope you feel better.

Chad and I have been working on getting you the new medical and employment records and scheduling the witness depositions, so the amended answer fell through the cracks.  I will try to get the amended answer filed by the end of next week, as I have a Ninth Circuit brief due Wednesday.

It is my plan to federal express the documents tomorrow, for delivery Monday morning, as promised.  I will also get you a proposed deposition schedule on either Friday or Monday, at the latest.  Once you have an opportunity to review the new documents and schedule, I suggest we schedule a telephone conference to confirm the deposition dates, and to reserve additional dates for additional depositions, including the witnesses you would like to depose.  Please note that Chad has spent more than ten hours contacting witnesses and creating a schedule based on the information they provided him.  No fun, but necessary.

Regards,

Jim

**From:** Peter B. Newcome [mailto:peter@chavezgertler.com]
**Sent:** Thursday, April 10, 2008 10:44 AM
**To:** Scharf, James (USACAN)
**Cc:** Joe Igelmund
**Subject:** Re: Wyckoff v USA - Extend time to amend answer

**From:   Joseph Igelmund**

Jim - Am home with the flu.

In checking emails, I did not see button-up on our emails concerning USA amending its answer per our request.  I recall that you asked for 30 days from the date of your email, to file an amended answer.  If I did not respond, 30 days is acceptable to us, and we will not move for relief pending receipt of your amended answer.  Would appreciate your return email confirming.  Thanks.

Pete Newcome

Chavez & Gertler LLP

42 Miller Ave

Mill Valley Ca 94941

peter@chavezgertler.com
www.chavezgertler.com
(415) 381-5599-Tel
(415) 381-5572-Fax