RECEIVED
APR 1 4 2008

JOSEPH P. RUSSONIELLO (SCBN 44332)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
JAMES A. SCHARF (CSBN 152171)
Assistant United States Attorney

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5044
FAX: (408) 535-5081
James.Scharf@usdoj.gov

Attorneys for Defendant
United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLIE EAP,<br><br>Plaintiff,<br><br>SUSAN WYCKOFF, ET AL.<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>DANIEL EARL SPERL,<br><br>Defendants. | Case No.   C 07-2301 SI<br>            C 07-3600 SI<br><br>NOTICE OF DEPOSITIONS |

PLEASE TAKE NOTICE that, pursuant to Rule 30(b), Federal Rules of Civil Procedure, defendant United States of America will take the deposition upon oral examinations of the following witnesses:

**CHIEF WARRANT OFFICER ED CHACON:**

DATE:  Wednesday, April 23, 2008 at 10:00am

PLACE: United States Attorney's Office
       450 Golden Gate Ave., 9th Floor
       San Francisco, CA 94104

Notice of Depositions
C 07- 2301 SI
C 07-3600 SI                            -1-

**Lt Col. PATRICIA WELCH**

DATE: Thursday, May 1, 2008 at 10:00am

PLACE: United States Attorney's Office
450 Golden Gate Ave., 9th Floor
San Francisco, CA 94104

**TONY ANDERSEN**

DATE: Thursday, May 1, 2008 at 2:00pm

PLACE: United States Attorney's Office
450 Golden Gate Ave., 9th Floor
San Francisco, CA 94104

**JANET AND WENZEL SPERL**

DATE: Wednesday, May 7, 2008 at 11:00am

PLACE: Law Offices of Andrew Davis
1900 W. Garvey Ave. S, Suite 160
West Covina, CA 91790

**CDR KENNETH HARMAN    (NOT CONFIRMED)**

DATE: Thursday, May 15, 2008 at 10:00am

PLACE: United States Attorney's Office
450 Golden Gate Ave., 9th Floor
San Francisco, CA 94104

**LT ROB STILES**

DATE: Wednesday, May 28, 2008 at 10:00am

PLACE: United States Attorney's Office
450 Golden Gate Ave., 9th Floor
San Francisco, CA 94104

**MAJOR ELLA KUNDU    (NOT CONFIRMED)**

DATE: Wednesday, May 28, 2008 at 2:00pm

PLACE: United States Attorney's Office
450 Golden Gate Ave., 9th Floor
San Francisco, CA 94104

**PO ALDRENA SHERMAN**

DATE: Wednesday, May 28, 2008 at 4:00pm

PLACE: United States Attorney's Office
450 Golden Gate Ave., 9th Floor
San Francisco, CA 94104

Notice of Depositions
C 07- 2301 SI
C 07- 3600 SI

-2-

**MR. PETER MOSHER   (NOT CONFIRMED)**

DATE:   Wednesday, June 4, 2008 at 10:00am

PLACE:  United States Attorney's Office
        450 Golden Gate Ave., 9th Floor
        San Francisco, CA 94104

**CHIEF MIKE MCKINLEY**

DATE:   Wednesday, June 4, 2008 at 2:00pm

PLACE:  United States Attorney's Office
        450 Golden Gate Ave., 9th Floor
        San Francisco, CA 94104

**MASTER CHIEF BOB STAGE**

DATE:   Wednesday, June 11, 2008 at 10:00am

PLACE:  United States Attorney's Office
        450 Golden Gate Ave., 9th Floor
        San Francisco, CA 94104

**PO NAPOLEON DELANE**

DATE:   Wednesday, June 18, 2008 at 10:00am

PLACE:  United States Attorney's Office
        450 Golden Gate Ave., 9th Floor
        San Francisco, CA 94104

**MR. NATE RAFF**

DATE:   Wednesday, June 18, 2008 at 2:00pm

PLACE:  United States Attorney's Office
        450 Golden Gate Ave., 9th Floor
        San Francisco, CA 94104

**DR. JEFFREY ORSTADT**

DATE:   Wednesday, June 25, 2008 at 10:00am

PLACE:  United States Attorney's Office
        450 Golden Gate Ave., 9th Floor
        San Francisco, CA 94104

**PO HOLLY MENDEZ**

DATE:   Wednesday, June 25, 2008 at 2:00pm

PLACE:  United States Attorney's Office
        450 Golden Gate Ave., 9th Floor
        San Francisco, CA 94104

Case 3:07-cv-03600-SI   Document 52-5   Filed 05/17/2008   Page 4 of 6

1  These depositions will be held before a certified shorthand reporter and will be recorded
2  stenographically.
3
4
5  DATED: 4-11-08                                  JOSEPH P. RUSSONIELLO
                                                   United States Attorney
6
                                                   /S/
7                                                  JAMES A. SCHARF
                                                   Assistant United States Attorney
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Notice of Depositions
C 07- 2301 SI
C 07-3600 SI                              -4-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

### NOTICE OF DEPOSITIONS

<u>CHARLIE EAP v. UNITED STATES OF AMERICA and DANIEL EARL PEARL</u>
C-07-2301 SI

<u>SUSAN WYCKOFF, et al. v. UNITED STATES OF AMERICA and DANIEL EARL PEARL</u>
C-07-3600 SI

to be served this date upon the party(ies) as follows:

__XX__ FIRST CLASS MAIL by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

to the parties addressed as follows:

Andrew Jackson Davis, Esq
Davis Law Offices
1900 W Garvey Ave S #160
West Covina, CA 91790

Jonathan E. Gertler, Esq
Joseph R. Ingelmund, Esq
42 Miller Avenue
Mill Valley, CA 94941

Paul N. Cesari, Esq
Kristina Velarde, Esq
Cesari, Werner & Moriarty
360 Post Street
San Francisco, CA 94108-4908

In addition, the foregoing Notice of Depositions was also sent via e-mail by James A. Scharf to all parties on April 11, 2008.

Notice of Depositions
C 07- 2301 SI
C 07-3600 SI                                                -5-

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3
4
5  Executed this 11 day of April, 2008, at San Jose, California.
6  _____/S/_____
   Mimi Lam, Legal Assistant
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Notice of Depositions
C 07- 2301 SI
C 07-3600 SI                    -6-