**From:** Scharf, James (USACAN) [James.Scharf@usdoj.gov]
**Sent:** Thursday, April 24, 2008 12:42 PM
**To:** Joe Igelmund; Kristina Velarde; Tseng, Neill (USACAN); Kauffman, Chad (CIV)
**Cc:** A. Davis; davislawoffice@verizon.net; Jonathan Gertler
**Subject:** RE: Wyckoff/Eap v USA - CMC and Depositions

Thank you for your proposal, which I would be happy to discuss with the Court on May 9. At our April 21 telephone conference, you specifically agreed to participate in an earlier CMC. You specifically authorized me to contact the Clerk to see if we can get an earlier CMC date. I assume that you and Jonathan are available on May 9, since you do not indicate in your e-mail that you are not. You now are apparently refusing to stipulate to move the June 6 CMC to May 9. If this is incorrect, please advise immediately. If you fail to so stipulate, I will proceed to file a motion forthwith to permit defendant's deposition discovery to continue. As I have previously indicated, I agree to reschedule (not withdraw) all depositions that are scheduled to occur prior to the date our motion is adjudicated.

---

**From:** Joe Igelmund [mailto:jri@chavezgertler.com]
**Sent:** Thursday, April 24, 2008 12:11 PM
**To:** Scharf, James (USACAN); Kristina Velarde; Tseng, Neill (USACAN); Kauffman, Chad (CIV)
**Cc:** A. Davis; davislawoffice@verizon.net; Jonathan Gertler
**Subject:** RE: Wyckoff/Eap v USA - CMC and Depositions

Jim and Kristina – I was not able to respond earlier regarding the proposed May 9 CMC because I was trying to find out more about my surgery date.

It is likely now that my surgery will be June 5, although it could be sooner if I move up the cancellation list or another doctor approved by my carrier is available. Thus, Andy Davis and I discussed this matter late yesterday, and we propose the following:

1/ In light of the June 5 date, we agree to your proposal (4/21 email to Andy) that depositions not start until July. We suggest July 15, which allows the expected 3-4 week post-surgery home recuperation, any unanticipated additional time, and a brief period back in the office before depos start.

2/ Plaintiffs and defendants will meet and confer shortly before June 5 re identity and order of depositions starting in July.

3/ The June 6 CMC will remain on calendar. Jon Gertler will attend the CMC for the Wyckoffs. One purpose of the CMC will be for the Court to determine whether there is any reason to further continue the July depositions, based on the status of production of medical and employment records necessary for plaintiffs to conduct informed examinations.

4/ The September 22 hearing date on the USA's anticipated motion to dismiss will be moved back accordingly. We propose hearing on or about November 10.

5/ Based on the foregoing, there would not appear to be any need for a CMC on May 9.

We would appreciate Jim and Kristina advising whether the foregoing is acceptable, so that a stipulation and proposed order can be prepared.  We can have the stip to you by tomorrow.  Thanks.

Joseph R. Igelmund
Chavez & Gertler LLP
42 Miller Ave.
Mill Valley, Ca  94941
(415) 381-5599
joe@chavezgertler.com
www.chavezgertler.com

NOTICE:  This email message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections.  This message is solely for the use of its intended recipients.  Any unauthorized use or disclosure of this message is strictly and expressly prohibited.  If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately.