1  PAUL N. CESARI, ESQ, (BAR NO. 118110)
   KRISTINA L. VEALRDE (BAR NO. 199299)
2  CESARI, WERNER AND MORIARTY
   360 Post Street, Fifth Floor
3  San Francisco, CA 94108-4908
   Telephone: (415) 391-1113
4  Facsimile:  (415) 391-4626
   **4991-6-15**
5  Attorneys for Defendant
   DANIEL EARL SPERL

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE EAP, heir at law of decedent Holly Annie Eap, | No. CO7 2301 SI<br>No. C07 3600 SI |
| Plaintiff, | |
| v. | SPERL'S OBJECTION TO, and REQUEST COURT STRIKE, *EXHIBIT "F"* TO USA'S LETTER BRIEF FILED ON MAY 9, 2008 |
| UNITED STATES OF AMERICA, DANIEL EARL SPERL, | |
| Defendant. | |

Defendant DANIEL SPERL ("SPERL") herein objects to and requests the court strike Exhibit "F" [Memos drafted by Coast Guard attorney Robert Stiles in June 2007 ("Memos"),] of the UNITED STATES OF AMERICA'S ("USA") letter brief filed with the court on May 9, 2008. (The letter brief addresses whether USA or the plaintiffs should depose certain witnesses, and is not related to the issues in the Memos.)

The Memos reflect Coast Guard attorney Stiles' conversation with SPERL'S prior counsel Raff, during which Raff allegedly made numerous statements and representations as to SPERL'S recollection of events with regard to the accident and the surrounding circumstances, and which could potentially be prejudicial to SPERL. SPERL contends that these statements

were made in violation of the attorney client privilege, and that the statements (and Stiles' interpretation of same in his Memos) should not be utilized in this litigation.

Current counsel for SPERL and USA/Coast Guard are involved in a meet and confer with regard to the admissibility and appropriateness of the use of these statements in the litigation. If counsel cannot come to resolution via meet and confer, it *may* be proper (although still potentially not necessary or appropriate) for the Court to review the Memos at <u>that</u> time. However, there is no appropriate reason for the Court to review the Memos at this time (as they were only submitted in USA'S motion to provide context for the Court to decide which party should initiate Stiles' deposition).

<u>*Thus, SPERL herein: 1.) Objects to USA'S inclusion of these Memos prior to resolution of the privilege/admissibility issue; 2.) Requests the Court not review these Memos; and 3.) Requests the Court strike these Memos from the record at this time.*</u>

Respectfully submitted,

CESARI, WERNER and MORIARTY

Dated: May 21, 2008

_____
Kristina L. Velarde
Attorney for Defendant
**DANIEL EARL SPERL**

-2-

No. CO7 2301 SI Earl v. USA
Sperl's Objection to and Request for Court to Strike Exhibit "F" of USA'S May 9, 2008 Letter Brief