LAW OFFICES OF
# CESARI, WERNER AND MORIARTY
A PROFESSIONAL CORPORATION

360 POST STREET - FIFTH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-4908
TELEPHONE (415) 391-1113

DENNIS F. MORIARTY
IAN FRASER-THOMSON
PAUL N. CESARI
ANDREW S. WERNER
STEPHEN L. DAHM
JOSE A. MONTALVO
JAMES J. PATRICK
KRISTINA L. VELARDE
SEAN P. MORIARTY

JAMES B. WERNER
(1929-1988)

D. RALPH CESARI
(RETIRED)

FAX (415) 391-4626

WRITERS E-MAIL ADDRESS:
kvelarde@cwmlaw.com

May 21, 2008

Hon. Susan Illston
Department 10
U.S. DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:     Eap v. United States of America
        **Case No. C 07 2301 SI**
        Wyckoff v. United States of America
        **Case No. C 07 3600 SI**
        Our File No.: 4991-6-15
        **Re:     Joint Request as to Exhibit "F" from USA's 5/9/08 Letter Brief**

Dear Hon. Illston:

  Defendants Daniel Sperl and United States of America jointly submit this letter with regard to the Memos drafted by Coast Guard attorney Robert Stiles dated June 5, 2007 and June 7, 2007, and attached as *Exhibit "F"* to USA'S letter brief filed with the court on May 9, 2008 ("Memos"). (Such letter brief addresses the order of examination of the witnesses the government seeks to depose).

  The Memos summarize statements allegedly made by SPERL'S prior counsel Nathan Raff to Stiles, with regard to SPERL'S recollection of the events surrounding the accident. The purpose of the inclusion of these Memos as exhibits to USA'S motion was for the limited purpose of offering a proffer as to the expected scope and subject matter of Lt. Stiles' deposition, so that the Court had a context within which to determine whether USA or WYCKOFF should depose Stiles first, should that deposition go forward. More specifically, USA proffers that Stiles will discuss statements SPERL'S prior attorney Raff made to him with regard to: SPERL'S memory of the accident, his intended destination at the time of the accident and purpose of that trip, and his potential medical condition and/or treatment prior to or at the time of the accident, including his providers.

  Defendant SPERL has and does object to the admissibility of these Memos and the appropriateness of the use of these statements during any part of the litigation, claiming they breach attorney client privilege and work product doctrine.

May 21, 2008
Judge Illston
Page 2


    Thus, there is an ongoing dispute between these defendants ("The Parties") as to whether these Memos should be before the court or considered during the litigation *at all;* and if any of the statements in the Memos *are* admissible, there still remains a dispute as to the appropriate manner by which to submit those statements to the court, including the potential appropriateness of deposing attorneys Stiles and/or Raff. The parties are engaged in an ongoing meet and confer as to these issues, and if no agreement can be reached it will be briefed before the court; *The Parties thus agree that the court need not and should not review these Memos at this time, and should instead wait to review them when the issue of admissibility and appropriateness of the Memos is later tendered to the Court.*

    SPERL and USA thus herein jointly agree and request that the Court not read or consider said Memos at this time, and instead consider the proffer provided by USA as noted above.

Respectfully submitted,

**UNITED STATES ATTORNEY**

Dated: May 21, 2008

/S/
James A. Scharf
Attorney for Defendant
**UNITED STATES OF AMERICA**

**CESARI, WERNER and MORIARTY**

Dated: May 21, 2008

Kristina L. Velarde
Attorney for Defendant
**DANIEL EARL SPERL**


Cc:   *All Counsel via mail and e-mail:*

    Andrew J. Davis, Esq.
    Davis Law Offices
    1900 W. Garvey Ave. South, Suite 160
    West Covina, CA 91790
    davislawoffice@verizon.net

May 21, 2008
Judge Illston
Page 3


Joseph Ingelmund
CHAVEZ & GERTLER
42 Miller Avenue
Mill Valley, CA 94941
jri@chavezgertler.com

Chad Kauffman, Esq,
U.S. Department of Justice
Torts Branch, Civil Division
P.O. Box 36026
450 Golden Gate Avenue, Room 7-5395
San Francisco, CA 94102
Chad.Kauffman@usdoj.gov