```
 1  CHAVEZ & GERTLER LLP
    JONATHAN E. GERTLER (Bar No. 111531)
 2  JOSEPH R. IGELMUND (Bar No. 52493)
    42 Miller Avenue
 3  Mill Valley, California 94941
    Telephone: (415) 381-5599
 4  Facsimile: (415) 381-5572

 5  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN WYCKOFF, individually, and as Administratrix of the Estate of PETER WYCKOFF; ALEXANDER WYCKOFF by and through his Guardian ad Litem, SUSAN WYCKOFF,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA; DANIEL EARL SPERL and DOES 1 through 10,<br><br>Defendants. | Case No. C 07 3600 JCS<br><br>**SECOND SET OF SPECIAL INTERROGATORIES BY PLAINTIFF SUSAN WYCKOFF, INDIVIDUALLY, TO DEFENDANT UNITED STATES OF AMERICA, PURSUANT TO FRCP RULE 33** |

PROPOUNDING PARTY:      Plaintiff SUSAN WYCKOFF, individually

RESPONDING PARTY:       Defendant UNITED STATES OF AMERICA

SET NUMBER:             Two

TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to FRCP Rule 33, plaintiff, Susan Wyckoff, individually, requests that defendant UNITED STATES OF AMERICA answer the following interrogatories within the time permitted by law.

## DEFINITIONS

As used in these interrogatories, the following capitalized terms shall have the meanings stated:

1.  The term "DOCUMENT" means any and all tangible things upon which any expression, communication or representation is reflected or has been recorded by any means including, but not limited to, handwriting, typewriting, printing, photostating, photographing, magnetic impulse, or mechanical, phonic or electronic recording, computerized data whether on disk, hard drive or otherwise, and any nonidentical copies (whether different from the original because of notes made on such copies, because of indications that the copies were sent to different individuals than were the originals, or any other reason), including but not limited to abstracts, agreements, analyses, blueprints, books, brochures, circulars, compilations, consultants' reports or studies, contracts, databases, files, graphs, insurance policies, letters, lists, manuals, maps, notebooks, opinions, pamphlets, papers, pictures, plans, projections, press releases or clippings, publications, reports, working papers, preliminary, intermediate or final drafts, correspondence, memoranda, charts, notes, minutes or records of any sort of meeting, invoices, financial statements, financial calculations, diaries, reports of telephone or other oral conversations, telephone message slips, desk calendars, appointment books, computer tapes, computer disks, computer printouts, computer cards, electronically stored data, and all other writings and recordings of any kind.

2.  The term "IDENTIFY" means as follows:

When YOU are asked to IDENTIFY a person, please state the person's name, present home and business address, and present home and business telephone number.

When YOU are asked to IDENTIFY a DOCUMENT, please state as to each such

1  document: the name, present home and business address, and present home and business
2  telephone number of the person who generated the DOCUMENT, the recipient if any of the
3  DOCUMENT; the date that the DOCUMENT was generated; and the general subject matter
4  of the DOCUMENT. In lieu of providing the above information as to the DOCUMENTS,
5  YOU may refer to the DOCUMENTS by Bates number.
6      3.    The term "INCIDENT" means the December 22, 2005 motor vehicle
7  collision that is the subject of this lawsuit.
8      4.    The term "YOU" means defendant United States of America.

### SPECIAL INTERROGATORIES

**SPECIAL INTERROGATORY NO. 12:**

Regarding YOUR contention that defendant Daniel Sperl was not acting in the course and scope of his employment at the time of the INCIDENT:

    (a)    State all facts upon which YOU base YOUR contention that defendant Daniel Sperl was not acting in the course and scope of his employment;

    (b)    IDENTIFY all persons who have knowledge of any of those facts; and

    (c)    IDENTIFY all DOCUMENTS that support YOUR contention that defendant Daniel Sperl was not acting in the course and scope of his employment.

**SPECIAL INTERROGATORY NO. 13:**

Regarding YOUR contention that the United States Coast Guard did not negligently supervise defendant Daniel Sperl preceding the INCIDENT:

    (a)    State all facts upon which YOU base YOUR contention that the United States Coast Guard did not negligently supervise Sperl;

    (b)    IDENTIFY all persons who have knowledge of any of those facts; and

//

(c) IDENTIFY all DOCUMENTS that support YOUR contention that the United States Coast Guard did not negligently supervise Sperl.

Dated: March 14, 2008

CHAVEZ & GERTLER LLP

By: _____
Joseph R. Igelmund

Attorneys for Plaintiff
SUSAN WYCKOFF, Individually

08.03.14.Wyckoff.Plfs.SPROGS 2.USA

Susan Wyckoff, vs. Daniel Earl Sperl, et al.,
United States District Court Northern District Of California Case No. 05 CC05238

**PROOF OF SERVICE**
(C.C.P. §1011)

STATE OF CALIFORNIA )
                                            ) ss.
COUNTY OF MARIN         )

    I am employed in the County of Marin, State of California. I am over the age of 18 years and not a party to the within action; my business address is Chavez & Gertler LLP, 42 Miller Avenue, Mill Valley, CA 94941.

    On March 14, 2008, , I caused to be served the following document:

- **SECOND SET OF SPECIAL INTERROGATORIES BY PLAINTIFF SUSAN WYCKOFF, INDIVIDUALLY, TO DEFENDANT UNITED STATES OF AMERICA, PURSUANT TO FRCP RULE 33**
- **THIRD REQUEST BY PLAINTIFF SUSAN WYCKOFF, INDIVIDUALLY, FOR PRODUCTION OF DOCUMENTS BY DEFENDANT UNITED STATES OF AMERICA, PURSUANT TO FRCP RULE 34**

on the interested parties in this action by personally delivering a true copy thereof to:

| | |
|---|---|
| James A. Scharf, Esq.<br>Assistant United States Attorney<br>Served by hand at:<br>450 Golden Gate Avenue<br>San Francisco, California | Kristina L. Velarde, Esq.<br>Cesari, Werner & Moriarty<br>Served by hand at:<br>450 Golden Gate Avenue<br>San Francisco, California |

    Executed on March 14, 2008 at San Francisco, California.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Joseph R. Igelmund

1

PROOF OF SERVICE