## VERIFICATION

I am a paralegal employed by the United States Coast Guard, and I have been designated by Defendant USA to sign and execute this verification on its behalf. I have reviewed Defendant USA's Responses to Plaintiff Wyckoff's Second Set of Special Interrogatories and Third Request For Production of Documents. Although I do not have personal knowledge of the facts stated in said responses, I believe them to be true, based on my review of the file and discussions with agency counsel. On this basis, I hereby state on behalf of Defendant USA that they are accurate, based on currently available information.

Dated: 05/14/2008

*[signature]*

Petty Officer Maritza Denman

Representative of Defendant USA