1  JOSEPH P. RUSSONIELLO (California Bar No. 44332)
   United States Attorney
2  JOANN M. SWANSON (California Bar No. 88143)
   Chief, Civil Division
3  JAMES A. SCHARF (California Bar No. 152171)
   Assistant United States Attorney
4
5    150 Almaden Blvd, Suite 900
     San Jose, California 95113
     Telephone: (408) 535-5044
6    Facsimile: (408) 535-5081
     Email: james.scharf@usdoj.gov
7
   Attorneys for Defendant
8  UNITED STATES OF AMERICA

RECEIVED

MAR 27 2008

9              UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

13  SUSAN WYCKOFF, individually, and as         Case No. C 07-2301 SI
    Administratrix of the Estate of PETER
    WYCKOFF; ALEXANDER WYCKOFF by             Case No. C 07-3600 SI
14  and through his Guardian ad Litem, SUSAN
    WYCKOFF,                                  DEFENDANT USA'S
15                                            RESPONSES TO PLAINTIFF
                Plaintiffs,                   SUSAN WYCKOFF'S,
16                                            INDIVIDUALLY, THIRD REQUEST
    CHARLIE EAP, heir at law of decedent, Holly  FOR PRODUCTION OF
17  Annie Eap,                                DOCUMENTS
18              Plaintiff,
19                  v.
20  UNITED STATES OF AMERICA and
    DANIEL EARL SPERL,
21
22              Defendants.
23
24
25

-1-

1    Pursuant to Rule 34 of the Federal Rules of Civil Procedure, on behalf of itself and no

2    other, defendant United States of America responds to the Plaintiff Susan Wyckoff's,

3    individually, third request for production of documents as follows:

4    Investigation is ongoing and responding defendant reserves the right to supplement its

5    responses if additional information is obtained.

6    **REQUEST NO. 18:**

7    All DOCUMENTS that support YOUR contention that defendant Daniel Sperl was not

8    acting in the course and scope of his employment at the time of the INCIDENT.

9    **ANSWER TO REQUEST NO. 18:**

10    Objection, calls for privileged information and for a legal conclusion.  Without waiving

11    that objection, see documents previously produced by this defendant, plaintiffs' and co-

12    defendant's responses to defendant USA's paper discovery requests, the deposition transcripts

13    generated in this case, and documents obtained pursuant to subpoena.  Defendant has produced

14    all documents supporting its contention that Sperl was not acting in the course and scope of his

15    employment, except for the categories of documents described above which are equally available

16    to the parties.

17    **REQUEST NO. 19:**

18    All DOCUMENTS that support YOUR contention that the United States Coast Guard did

19    not negligently supervise defendant Daniel Sperl preceding the INCIDENT.

20    **ANSWER TO REQUEST NO. 19:**

21    Objection, calls for privileged information and a legal conclusion.  Without waiving that

22    objection, see documents previously produced by this defendant, plaintiffs' and co-defendants's

23    responses to defendant USA's paper discovery requests, the deposition transcripts generated in

24    this case, and documents obtained pursuant to subpoena.  Defendant has produced all documents

25

1  supporting its contention that the USCG did not negligently supervise defendant Sperl, except for

2  those categories of documents described above which are equally available to the parties.

3

4  DATED:  May 20, 2008                    Respectfully submitted,

5                                          JOSEPH P. RUSSONIELLO
                                           United States Attorney
6

7                                          _____

8                                          JAMES A. SCHARF
                                           Assistant United States Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**DEFENDANT USA'S RESPONSES TO PLAINTIFF
SUSAN WYCKOFF'S INDIVIDUALLY, SECOND SET
OF SPECIAL INTERROGATORIES; and**

**DEFENDANT USA'S RESPONSES TO PLAINTIFF
SUSAN WYCKOFF'S INDIVIDUALLY, THIRD REQUEST
FOR PRODUCTION OF DOCUMENTS.**

**CHARLIE EAP v. UNITED STATES OF AMERICA and DANIEL EARL PEARL**
**C-07-2301 SI**

**SUSAN WYCKOFF, et al. v. UNITED STATES OF AMERICA and DANIEL EARL PEARL**
**C-07-3600 SI**

to be served this date upon the party(ies) via:

__XX__  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

to the parties addressed as follows:

Andrew Jackson Davis
Davis Law Offices
1900 W Garvey Ave S #160
West Covina, CA 91790

Jonathan E. Gertler, Esq
Joseph R. Ingelmund, Esq
42 Miller Avenue
Mill Valley, CA 94941

Paul N. Cesari, Esq
Kristina Lee Velarde, Esq.
Cesari, Werner & Moriarty
360 Post Street
San Francisco, CA 94108-4908

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 25th day of March, 2008, at San Jose, California.

Mimi Lam, Legal Assistant