# CHAVEZ & GERTLER LLP

## ATTORNEYS AT LAW

42 MILLER AVENUE
MILL VALLEY, CA 94941
TELEPHONE: (415) 381-5599
FACSIMILE: (415) 381-5572
joe@chavezgertler.com

May 21, 2008

**VIA EMAIL**

James A. Scharf, Esq.
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113

      Re: **Wyckoff v. United States of America, et al**

Dear Jim:

      This will confirm and follow up that portion of our telephone meet and confer Monday regarding defendant United States' responses to plaintiffs' interrogatories and document requests concerning its course and scope and negligent supervision contentions (plaintiff's Second Set of Special Interrogatories and Third Request for Production of Documents). The following is my understanding of the results of our discussion.

      The United States stated that it is standing on its responses and is not willing to do any more. Plaintiffs contend that the United States is required to provide the information available to it, identify persons with knowledge of the information, and clearly identify (and produce to the extent not already produced) documents supporting the United States' contentions. The United States contends that generality is appropriate in responding at this stage of the case.

      If the above does not accurately reflect the position of the United States, I ask that you advise in writing immediately. Thank you again for your time on the telephone.

                                                 Very truly yours,

                                                 Joseph R. Igelmund

08.05.120.Scharf.M&C2.SPROGS 2-RPD 3