**From:** Scharf, James (USACAN) [James.Scharf@usdoj.gov]
**Sent:** Wednesday, May 21, 2008 11:28 AM
**To:** Joe Igelmund
**Cc:** Tseng, Neill (USACAN); Kauffman, Chad (CIV); Jonathan Gertler; Kristina L. Velarde; A. Davis
**Subject:** RE: Wyckoff/Eap v USA - Meet and Confer on Plaintiffs' 2nd Special Interrogatories/Third Document Requests

Joe: I would further note that I offered to negotiate a date (prior to the date the dispositive motion is due but after deposition discovery has been substantially completed) by which all parties update their responses to all contention interrogatories. You responded that you were not interested in so doing. I intend to raise this issue at the Further CMC. I would ask you withhold filing a motion to compel regarding this particular issue until after that Further CMC. I would further request that you include in your cc's Andy and Kristina so they have some understanding as to the significant amount of time and resources that are being devoted to your plethora of meet and confers, and the reasonableness of the government's position with respect to same. In the event you choose to file a motion to compel before the Further CMC, I would ask that you include as exhibits to your motion not only your meet and confer letters, but also my responses to them, such as this, just as I have done with respect to the two motions I filed. Thanks. Jim.

---

**From:** Joe Igelmund [mailto:jri@chavezgertler.com]
**Sent:** Wednesday, May 21, 2008 11:20 AM
**To:** Scharf, James (USACAN)
**Cc:** Tseng, Neill (USACAN); Kauffman, Chad (CIV); Jonathan Gertler
**Subject:** Wyckoff/Eap v USA - Meet and Confer on Plaintiffs' 2nd Special Interrogatories/Third Document Requests

Jim – Meet and confer letter re plaintiffs' second special interrogatories and third document requests attached. Thanks.

Joseph R. Igelmund
Chavez & Gertler LLP
42 Miller Ave.
Mill Valley, Ca 94941
(415) 381-5599
joe@chavezgertler.com
www.chavezgertler.com

NOTICE: This email message may contain confidential information or information protected by attorney-client privilege, the doctrine of attorney work product or other applicable privileges and protections. This message is solely for the use of its intended recipients. Any unauthorized use or disclosure of this message is strictly and expressly prohibited. If you are not the intended recipient, please destroy all copies of this message, including your original copy, and contact the sender immediately.