# CHAVEZ & GERTLER LLP
## ATTORNEYS AT LAW

42 MILLER AVENUE
MILL VALLEY, CA 94941
TELEPHONE:  (415)  381-5599
FACSIMILE:  (415)  381-5572
joe@chavezgertler.com

June 3, 2008

The Honorable Bernard Zimmerman
United States Magistrate Judge
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

    **Re:**    **Wyckoff v. United States, et al**    **Eap v. United States, et al**
              Case No:  C 07 3600 SI    Case No. C 07 2301 SI

Dear Magistrate Judge Zimmerman:

    Our office received notice today that Judge Illston has referred to Your Honor all pending and future discovery disputes in the above consolidated cases.

    Plaintiffs Wyckoff respectfully request that Your Honor consider setting a telephone conference with counsel regarding two discovery motions now pending:

(1)    Motion for scheduling orders re United States employee depositions: These matters are set out in Documents 51 and 52 filed by defendant United States and plaintiffs Wyckoff on May 9, 2008 and May 17, 2008 respectively in the <u>Wyckoff</u> case, and in identical Documents 48 and 49 filed by the United States and the Wyckoffs on the same dates in the <u>Eap</u> case.

(2)    Motion to Compel Further Responses by defendant United States to Plaintiff Wyckoffs' Special Interrogatory Nos. 12 and 13 and Document Request Nos. 18 and 19:  These matters are set out in Documents 55 and 56 filed by plaintiffs Wyckoff and defendant United States on May 23, 2008 and May 29, 2008 respectively in the <u>Wyckoff</u> case, and in identical Documents 50 and 51 filed by the Wyckoffs and the United States on the same dates in the <u>Eap</u> case.

Hon. Bernard Zimmerman
June 3, 2008
Page 2

Thank you for considering this request.

Very truly yours,

Joseph R. Igelmund

cc:  James A. Scharf, Esq.
     Kristina L. Velarde, Esq.
     Andrew Davis, Esq.

08.06.03.Wyckoff.Court.BZ.jri