UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN WYCKOFF,<br><br>          Plaintiff(s),<br><br>     v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>          Defendant(s). | No. C07-3600 SI (BZ)<br><br>**INITIAL DISCOVERY ORDER** |

All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute.  Exchanging letters or telephone messages about the dispute is insufficient.  The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

In the event they cannot resolve their dispute, the

1  parties must participate in a telephone conference with the
2  Court **before** filing any discovery motions or other papers.
3  The party seeking discovery shall request a conference in a
4  letter **filed electronically** not exceeding two pages (with no
5  attachments) which briefly explains the nature of the action
6  and the issues in dispute.  Other parties shall reply in
7  similar fashion within two days of receiving the letter
8  requesting the conference.  The Court will contact the parties
9  to schedule the conference.

10      After the conference with the Court, if filing papers is
11  deemed necessary, they should be filed **electronically** with the
12  Clerk's Office, with **one hard copy delivered directly to**
13  **Magistrate Judge Zimmerman's Chambers (Room 15-6688).**

14  Dated:  June 4, 2008

            _____
                     Bernard Zimmerman
16              United States Magistrate Judge

G:\BZALL\-REFS\WYCKOFF V. USA\INITIAL DISCOVERY ORDER.wpd

2