UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLIE EAP, ) | |
| ) | |
| Plaintiff(s), ) | No. C07-2301 SI (BZ) |
| ) | |
| v. ) | |
| ) | **CLERK'S NOTICE SCHEDULING** |
| UNITED STATES OF AMERICA, et) | **TELEPHONIC CONFERENCE RE** |
| al., ) | **DISCOVERY DISPUTE** |
| ) | |
| Defendant(s). ) | |
| ) | |

**PLEASE TAKE NOTICE** that a telephonic conference is scheduled for **Monday, June 9, 2008 at 2:30 p.m.** to discuss the outstanding discovery disputes.  Counsel shall contact **CourtCall**, telephonic court appearances at **1-888-882-6878**, and make arrangements for the telephonic conference call.

Dated: June 5, 2008

*Rose Maher*
Rose Maher - Deputy Clerk to
Magistrate Judge Bernard Zimmerman

G:\BZALL\-REFS\EAP V. USA\TELCONF1.wpd

1