# CHAVEZ & GERTLER LLP
## ATTORNEYS AT LAW

42 MILLER AVENUE
MILL VALLEY, CA 94941
TELEPHONE: (415) 381-5599
FACSIMILE: (415) 381-5572
jon@chavezgertler.com

June 5, 2008

The Honorable Susan Illston
United States District Judge
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

    **Re:**    **Wyckoff v. United States, et al**    **Eap v. United States, et al**
            Case No: C 07 3600 SI    Case No. C 07 2301 SI

Dear Judge Illston:

    Plaintiffs Wyckoff respectfully note the following additional matters that have arisen since the parties' meet and confer for the Joint Case Management Conference Statement filed June 1, 2008. (The parties met and conferred on a proposed Joint Case Management Conference Statement but were unable to reach agreement in the short time remaining before the Case Management Conference. Defendants Sperl and United States agreed that our office could submit a neutral letter apprising the Court of these matters, and that the parties are still discussing them and may have a joint recommendation to the Court at the Case Management Conference.)

    The kidney surgery for Joseph Igelmund of my office, who has been primarily responsible for discovery on behalf of plaintiffs Wyckoff, has been set by his doctors for June 20, 2008. The surgery previously had been set by other doctors for June 5, 2008. Also, defendant United States has requested and/or may require additional time to respond or further respond to plaintiffs' written discovery, and two pending discovery motions between plaintiffs and the United States have been referred to Magistrate Judge Zimmerman.

    In light of the present status of the case, the parties have discussed (1) moving back the present July 15, 2008-September 30, 2008 deposition schedule to August 6, 2008-October 24, 2008; (2) moving back to June 19, 2008 the date for the parties to meet and confer to identify which deponents shall be deposed in which order, and on

Hon. Susan Illston
June 5, 2008
Page 2

which of the agreed dates, subject to the witnesses' availability; and (3) moving back the hearing date on defendant United States' intended dispositive motion from November 21, 2008 to December 19, 2008, or the earliest date thereafter available to the Court. The United States also has sought and will receive assurance that my office will proceed with depositions as scheduled in the event that Mr. Igelmund's recovery from surgery takes longer than expected.

While the parties may reach agreement on the above, they have not reached agreement on plaintiffs' separate request for an order providing that the deposition dates shall be subject to postponement unless defendants United States and Sperl have first provided all answers and documents responsive to plaintiffs' presently outstanding written discovery; and that, if motions to compel are required, and the Court orders either defendant to provide further answers or documents, such answers and documents shall be produced prior to the deposition dates.

The parties will provide the status of these discussions to the Court at the Case Management Conference tomorrow.

> Very truly yours,
>
> Jonathan E. Gertler

cc: James A. Scharf, Esq.
Kristina L. Velarde, Esq.
Andrew Davis, Esq.

08.06.05.Court.Illston.jeg.SuppCMC