# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### MAGISTRATE JUDGE BERNARD ZIMMERMAN
### CIVIL MINUTE ORDER

DATE: Monday, June 9, 2008 @ 2:30 p.m.

TIME: 35 minutes

**TITLE OF CASE:**       **DOCKET NO.:**

WYCKOFF v. USA       C07-3600 SI (BZ)    ☒ REFERRAL

ATTORNEY(S) FOR PLAINTIFF(S):       ATTORNEY(S) FOR DEFENDANT(S):

    Joseph R. Igelmund       James A. Scharf; Neill Tai Tseng

COURT REPORTER/TAPE NO., SIDE, REEL NO.: TC 18-08 Side A & B

### PROCEEDINGS

☒ NONDISPOSITIVE MOTION (2)       ☐ INITIAL PRETRIAL CONFERENCE (CMC)

     ☒ CONTESTED       ☐ DISCOVERY CONFERENCE

     ☒ UNCONTESTED       ☐ SETTLEMENT CONFERENCE

☐ DISPOSITIVE MOTION       ☐ FINAL PRETRIAL CONFERENCE

☐ EVIDENTIARY HEARING       ☒ MOTION HEARING/ARGUMENT

☐ FEE APPLICATION       ☐ IRS ENFORCEMENT ORDERS

☐ STATUS CONFERENCE       ☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY: ☐ PLAINTIFF  ☐ DEFENDANT  ☒ COURT

CASE CONTINUED TO: _____

### NOTES

Deposition motion withdrawn. Motion to compel further interrogatory answers **GRANTED.**