# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: Monday, June 9, 2008 @ 2:30 p.m.

TIME: 35 minutes

| **TITLE OF CASE:** | **DOCKET NO.:** |
|---|---|
| WYCKOFF v. USA | C07-3600 SI (BZ)  ☒ REFERRAL |
| **ATTORNEY(S) FOR PLAINTIFF(S):** | **ATTORNEY(S) FOR DEFENDANT(S):** |
| Joseph R. Igelmund | James A. Scharf; Neill Tai Tseng |

COURT REPORTER/TAPE NO., SIDE, REEL NO.: TC 18-08 Side A & B

**PROCEEDINGS**

- ☒ NONDISPOSITIVE MOTION (2)
    - ☒ CONTESTED
    - ☒ UNCONTESTED
- ☐ DISPOSITIVE MOTION
- ☐ EVIDENTIARY HEARING
- ☐ FEE APPLICATION
- ☐ STATUS CONFERENCE
- ☐ INITIAL PRETRIAL CONFERENCE (CMC)
- ☐ DISCOVERY CONFERENCE
- ☐ SETTLEMENT CONFERENCE
- ☐ FINAL PRETRIAL CONFERENCE
- ☒ MOTION HEARING/ARGUMENT
- ☐ IRS ENFORCEMENT ORDERS
- ☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY: ☐ PLAINTIFF  ☐ DEFENDANT  ☒ COURT

CASE CONTINUED TO: _____

**NOTES**

Deposition motion withdrawn. Motion to compel further interrogatory answers **GRANTED.**