CHAVEZ & GERTLER LLP
JONATHAN E. GERTLER (Bar No. 111531)
JOSEPH R. IGELMUND (Bar No. 52493)
42 Miller Avenue
Mill Valley, California 94941
Telephone:  (415) 381-5599
Facsimile:   (415) 381-5572

Attorneys for Plaintiffs
SUSAN WYCKOFF and ALEXANDER WYCKOFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN WYCKOFF, individually, and as Administratrix of the Estate of PETER WYCKOFF; ALEXANDER WYCKOFF by and through his Guardian ad Litem, SUSAN WYCKOFF,<br><br>             Plaintiffs<br><br>      vs.<br><br>UNITED STATES OF AMERICA; DANIEL EARL SPERL and DOES 1 through 10,<br><br>             Defendants. | ) Case No.  C-07-3600 SI<br>)<br>) **PROOF OF SERVICE OF MINUTE**<br>) **ORDER RE: PLAINTIFF WYCKOFFS'**<br>) **MOTION TO COMPEL FURTHER**<br>) **RESPONSES BY DEFENDANT UNITED**<br>) **STATES TO PLAINTIFFS' SPECIAL**<br>) **INTERROGATORY NOS. 12 AND 13**<br>) **AND DOCUMENT REQUEST NOS. 18**<br>) **AND 19**<br>)<br>)<br>)<br>)<br>) |

Susan Wyckoff, vs. Daniel Earl Sperl, et al.,
United States District Court Northern District Of California Case No. C-07-3600 SI

**PROOF OF SERVICE**
(C.C.P. §1013a(3))

STATE OF CALIFORNIA   )
                     ) ss.
COUNTY OF MARIN      )

I am employed in the County of Marin, State of California. I am over the age of 18 years and not a party to the within action; my business address is Chavez & Gertler LLP, 42 Miller Avenue, Mill Valley, CA 94941.

On June 10, 2008, I served the foregoing documents:

- **MINUTE ORDER RE: PLAINTIFF WYCKOFFS' MOTION TO COMPEL FURTHER RESPONSES BY DEFENDANT UNITED STATES TO PLAINTIFFS' SPECIAL INTERROGATORY NOS. 12 AND 13 AND DOCUMENT REQUESTS NOS. 18 AND 19**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed to each as follows:

James Scharf
Assistant U.S. Attorney
150 Almaden Boulevard, Suite 900
San Jose, CA 95113
james.scharf@usdoj.gov

[X]   **BY EMAIL:** The above mentioned document was also served on the interested parties in this action by transmitting them via email, addressed to the person to be served at the email addresses shown above.

[X]   **BY MAIL:** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Mill Valley, California.

Executed on June 10, 2008, at Mill Valley, CA.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Peter Newcome