UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUSAN WYCKOFF, et al., )
)
    Plaintiff(s), )   No. C07-3600 SI (BZ)
)
  v. )
)   **SECOND DISCOVERY ORDER**
UNITED STATES OF AMERICA, et )
al., )
)
    Defendant(s). )
)
)

    Before the court are several motions.  First, defendant United States of America ("USA") filed a motion regarding the order of examination at depositions and plaintiffs moved for a protective order.  During the June 9, 2008 telephonic discovery conference, based on the representation made by the parties, these motions were withdrawn.  Second, plaintiffs filed a Rule 37(a) motion to compel discovery on May 23, 2008. Having reviewed the papers thusfar submitted and the arguments made at the June 9, 2008 conference, the court finds no need for further briefing or for argument.  For the reasons given during the discovery conference, **IT IS HEREBY ORDERED** that

1

1 | plaintiffs' motion to compel is **GRANTED**.  Defendant USA shall,
2 | consistent with the views expressed by the court, provide a
3 | further response to plaintiffs' Special Interrogatories No. 12
4 | and 13 and to  plaintiffs' Document Requests No. 18 and 19.
5 | Dated: June 10, 2008

_____
Bernard Zimmerman
United States Magistrate Judge