1  CHAVEZ & GERTLER LLP
   JONATHAN E. GERTLER (Bar No. 111531)
2  JOSEPH R. IGELMUND (Bar No. 52493)
   42 Miller Avenue
3  Mill Valley, California 94941
   Telephone: (415) 381-5599
4  Facsimile:  (415) 381-5572

5  Attorneys for Plaintiffs
   SUSAN WYCKOFF and ALEXANDER WYCKOFF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SUSAN WYCKOFF, individually, and as Administratrix of the Estate of PETER WYCKOFF; ALEXANDER WYCKOFF by and through his Guardian ad Litem, SUSAN WYCKOFF, | ) Case No. C-07-3600 SI )<br>) **PROOF OF SERVICE OF SECOND**<br>) **DISCOVERY ORDER** |
|---|---|
| Plaintiffs | |
| vs. | |
| UNITED STATES OF AMERICA; DANIEL EARL SPERL and DOES 1 through 10, | |
| Defendants. | |

Susan Wyckoff, vs. Daniel Earl Sperl, et al.,
United States District Court Northern District Of California Case No. C-07-3600 SI

## PROOF OF SERVICE
(C.C.P. §1013a(3))

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF MARIN        )

      I am employed in the County of Marin, State of California. I am over the age of 18 years and not a party to the within action; my business address is Chavez & Gertler LLP, 42 Miller Avenue, Mill Valley, CA 94941.

      On June 10, 2008, I served the foregoing documents:

- **SECOND DISCOVERY ORDER**

on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed to each as follows:

| | |
|---|---|
| Jim Scharf<br>Assistant Attorney General<br>150 Almaden Blvd., Suite 900<br>San Jose, CA 95113<br>Facsimile: (408) 535-5081<br>james.scharf@usdoj.gov | Kristina Velarde<br>Cesari, Werner & Moriarty<br>360 Post Street. 5th Floor<br>San Francisco, California 94108<br>kvelarde@cwmlaw.com |

Andy Davis
Davis Law Offices
1900 West Garvey Ave. South; Suite 160
West Covina, CA 91790
davislawoffice@verizon.net

[X]  **BY EMAIL:** The above mentioned document was also served on the interested parties in this action by transmitting them via email, addressed to the person to be served at the email addresses shown above.

[X]  **BY MAIL:** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at Mill Valley, California.

Executed on June 10, 2008, at Mill Valley, CA.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_Peter Newcome_
Peter Newcome

1