|   |   |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | JAMES A. SCHARF (CSBN 152171)<br>Assistant United States Attorney |
| 4 | |
| 5 | 150 Almaden Blvd., Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5044 |
| 6 | FAX: (408) 535-5081<br>James.Scharf@usdoj.gov |
| 7 | |
| 8 | Attorneys for Defendant United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| CHARLIE EAP, heir at law of decedent, Holly Annie Eap, | Case No.: 07-2301 SI |
|---|---|
| | Case No.: 07-3600 SI |
| Plaintiff, | |
| SUSAN WYCKOFF, individually, and as Administratrix of the Estate of PETER WYCKOFF; ALEXANDER WYCKOFF by and through his Guardian ad Litem, SUSAN WYCKOFF, | STIPULATION AND [PROPOSED] ORDER RE DATE OF HEARING ON MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT FOR DAMAGES |
| Plaintiffs, | |
| v. | |
| UNITED STATES OF AMERICA, DANIEL EARL SPERL, and DOES 1 to 10, | |
| Defendants | |

As discussed and agreed at the June 6, 2008, Further Case Management Conference in these cases, plaintiff Eap and all defendants, through counsel, hereby stipulate as follows: The hearing on plaintiff Eap's Motion for Leave to File Second Amended Complaint for Damages,

1 currently set for August 22, 2008, is continued to ~~September 19~~ October 3, 2008, ~~in order~~ to provide
2 defendant USA with sufficient time to have plaintiff Eap's supporting expert declarations be
3 reviewed by defendant USA's experts.
4 .
5
6 Dated: June 18, 2008           _____/S/_____
                                  Andrew Jackson Davis , Esq.
7                                 Attorney for Plaintiff Eap
8
  Dated: June 18, 2008           _____/S/_____
9                                 Kristina L. Velarde, Esq
                                  Attorney for Defendant Sperl
10
  Dated: June 18, 2008           _____/S/_____
11                                James A. Scharf, Esq.
                                  Attorney for Defendant United States of America
12
13      Good cause appearing, and pursuant to the stipulation of the parties,  IT IS SO
14 ORDERED:
15
16     Dated: _____           _____
                                  Hon. Susan Y. Illston
17                                United States District Court Judge
18
19
20
21
22
23
24
25
26
27
28