# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## MAGISTRATE JUDGE BERNARD ZIMMERMAN
## CIVIL MINUTE ORDER

DATE: Thurs., July 24, 2008 @ 10:00 a.m.

TIME: 35 minutes

| **TITLE OF CASE:** | **DOCKET NO.:** | |
|---|---|---|
| Charlie Eap v. USA, et al. and | C07-2301 SI (BZ) | |
| Susan Wyckoff v. USA, et al | C07-3600 SI (BZ) | ☒ Referral |

| ATTORNEY(S) FOR PLAINTIFF(S): | ATTORNEY(S) FOR DEFENDANT(S): |
|---|---|
| Joseph R. Igelmund | Kristina L. Velarde for Sperl
James Scharf for USA |

COURT REPORTER/TAPE NO., SIDE, REEL NO.:___TC 21-08_____

### PROCEEDINGS

☐ NONDISPOSITIVE MOTION  ☐ INITIAL PRETRIAL CONFERENCE (CMC)

  ☐ CONTESTED  ☒ DISCOVERY CONFERENCE

  ☐ UNCONTESTED  ☐ SETTLEMENT CONFERENCE

☐ DISPOSITIVE MOTION  ☐ FINAL PRETRIAL CONFERENCE

☐ EVIDENTIARY HEARING  ☐ MOTION HEARING/ARGUMENT

☐ FEE APPLICATION  ☐ IRS ENFORCEMENT ORDERS

☐ STATUS CONFERENCE  ☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY: ☐ PLAINTIFF ☐ DEFENDANT ☐ COURT

CASE CONTINUED TO: _____

### NOTES

Depositions to proceed.  Sealed documents to be returned to government.