1
2
3
4
5
6
7
8                     UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | CHARLIE EAP,                    )
   |                                 )
12 |         Plaintiff(s),           )    No. C07-2301 SI (BZ)
   |                                 )
13 |     v.                          )
   |                                 )
14 | UNITED STATES OF AMERICA, et    )
   | al.,                            )
15 |                                 )
   |         Defendant(s).           )
16 | _____)
   | SUSAN WYCKOFF,                  )    No. C07-3600 SI (BZ)
17 |                                 )
   |         Plaintiff(s),           )
18 |                                 )
   |     v.                          )    **ORDER SCHEDULING TELEPHONIC**
19 |                                 )    **DISCOVERY CONFERENCE**
   | UNITED STATES OF AMERICA, et    )
20 | al.,                            )
   |                                 )
21 |         Defendant(s).           )
   | _____)
22

23      A telephone conference to discuss the dispute set forth
24 in plaintiffs' letter dated August 7, 2008 is scheduled for
25 Tuesday, August 12, 2008 at 10:15 a.m.  All interested parties
26 shall participate.  Counsel shall contact **CourtCall**,
27 telephonic court appearances at **1-888-882-6878**, and make
28 ///

                                    1

1 arrangements for the telephonic conference call.

2 Dated: August 8, 2008

3 _____
4                                    Bernard Zimmerman
                                United States Magistrate Judge

G:\BZALL\-REFS\EAP V. USA\TELCONF2.wpd

2