# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

**MAGISTRATE JUDGE BERNARD ZIMMERMAN**
**CIVIL MINUTE ORDER**

DATE: Tuesday, Aug. 12, 2008 at 10:00a.m.

TIME: 15 minutes

| **TITLE OF CASE:** | **DOCKET NO.:** | |
|---|---|---|
| Charlie Eap v. USA, et al. | C07-2301 SI (BZ) | |
| and | | |
| Susan Wyckoff v. USA, et al | C07-3600 SI (BZ) | ☒ Referral |

| ATTORNEY(S) FOR PLAINTIFF(S): | ATTORNEY(S) FOR DEFENDANT(S): |
|---|---|
| Andrew J. Davis, Jr., et al. | Kristina L. Velarde, et al. |

COURT REPORTER/TAPE NO., SIDE, REEL NO.: TC 23-08

**PROCEEDINGS**

- ☐ NONDISPOSITIVE MOTION
    - ☐ CONTESTED
    - ☐ UNCONTESTED
- ☐ DISPOSITIVE MOTION
- ☐ EVIDENTIARY HEARING
- ☐ FEE APPLICATION
- ☐ STATUS CONFERENCE

- ☐ INITIAL PRETRIAL CONFERENCE (CMC)
- ☒ DISCOVERY CONFERENCE
- ☐ SETTLEMENT CONFERENCE
- ☐ FINAL PRETRIAL CONFERENCE
- ☐ MOTION HEARING/ARGUMENT
- ☐ IRS ENFORCEMENT ORDERS
- ☐ OTHER: SPECIFY BELOW

ORDER TO BE PREPARED BY: ☐ PLAINTIFF   ☐ DEFENDANT   ☐ COURT

CASE CONTINUED TO: _____

**NOTES**

Parties to meet and confer by end of this week and try to resolve dispute with guidance provided by court. If unsuccessful, plaintiffs have leave to file a motion to compel.

G:\BZALL\-REFS\WYCKOFF V. USA\MINUTE3.wpd