DENNIS F. MORIARTY
IAN FRASER-THOMSON
PAUL N. CESARI
ANDREW S. WERNER
STEPHEN L. DAHM
JOSE A. MONTALVO
JAMES J. PATRICK
KRISTINA L. VELARDE
SEAN P. MORIARTY

LAW OFFICES OF
CESARI, WERNER AND MORIARTY
A PROFESSIONAL CORPORATION
360 POST STREET - FIFTH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-4908
TELEPHONE (415) 391-1113

JAMES B. WERNER
(1929-1988)

D. RALPH CESARI
(RETIRED)

FAX (415) 391-4626

WRITERS E-MAIL ADDRESS:
kvelarde@cwmlaw.com

September 2, 2008

Hon. Susan Illston
Department 10
Attn: Tracy Sutton
U.S. DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   Eap v. United States of America
      **Case No. C 07 2301 SI**
      Wyckoff v. United States of America
      **Case No. C 07 3600 SI**
      Our File No.: 4991-6-15

Dear Hon. Illston:

Counsel for Sperl has reviewed the letters from counsel submitted to the court on August 29, 2008. (The undersigned apologizes for any delay in response, but was out of the office on Friday and unable to access these filings prior to today.)

Sperl does not object to a short continuance of the dispositive motion and related briefing and discovery deadlines. However, **Sperl does not agree to the government being permitted to file two separate dispositive briefs**; Sperl contends that 50 pages to brief a dispositive motion is excessive and unreasonably burdensome to the other parties to respond to. Further, by the nature and intent of a Dispositive / Summary Judgment Motion, if the government's arguments are *truly* those of law and not disputed material facts, 25 pages is more than sufficient to address these legal issues.

Thank you for your consideration and assistance in this matter.

Respectfully submitted,

CESARI, WERNER AND MORIARTY

KRISTINA L. VELARDE
Counsel for Defendant
**DANIEL SPERL**

September 2, 2008
Judge Illston
Page 2


Cc:   *All Counsel via mail and e-mail:*

    Andrew J. Davis, Esq.
    Davis Law Offices
    1900 W. Garvey Ave. South, Suite 160
    West Covina, CA  91790
    davislawoffice@verizon.net

    Joseph Ingelmund
    CHAVEZ & GERTLER
    42 Miller Avenue
    Mill Valley, CA  94941
    jri@chavezgertler.com

    James A. Scharf, Esq,
    Assistance U.S. Attorney
    OFFICE OF THE UNITED STATES ATTORNEY
    150 Almaden Boulevard, Suite 900
    San Jose, CA 95113
    James.Scharf@usdoj.gov