UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLIE EAP, | ) | |
| Plaintiff(s), | ) | No. C07-2301 SI (BZ) |
| v. | ) | |
| UNITED STATES OF AMERICA, et al., | ) | |
| Defendant(s). | ) | |
| SUSAN WYCKOFF, | ) | No. C07-3600 SI (BZ) |
| Plaintiff(s), | ) | |
| v. | ) | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| UNITED STATES OF AMERICA, et al., | ) | |
| Defendant(s). | ) | |

The Court having received timely proof of payment from plaintiff's counsel, Joseph R. Igelmund, **IT IS HEREBY ORDERED** that the order to show cause, entered on January 27, 2009, and scheduled for hearing on March 4, 2009 at 10:00 a.m. is **DISCHARGED.**

Dated: February 11, 2009

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\WYCKOFF V. USA\ORDER DISCHARGING IGELMUND OSC.wpd

1