# CHAVEZ & GERTLER LLP
## ATTORNEYS AT LAW

42 MILLER AVENUE
MILL VALLEY, CA 94941
TELEPHONE: (415) 381-5599
FACSIMILE: (415) 381-5572
jon@chavezgertler.com

*IT IS SO ORDERED*
*Judge Susan Illston*

October 13, 2009

**Via Electronic Filing & E-mail**

The Honorable Susan Illston
United States District Judge
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   **Wyckoff v. United States, et al**     **Eap v. United States, et al**
        Case No: C 07 3600 SI                          Case No. C 07 2301 SI

Dear Judge Illston:

This letter is sent with the approval of all parties.

This matter is set for a further Case Management Conference on October 22, 2009. The status of the case is that a mediation was held on August 13, 2009, before the Hon. Edward Infante (Ret.) and a conditional settlement was reached. The CMC was set in anticipation of receiving approval or disapproval from the government prior to the conference. The government has not yet approved the settlement, but counsel for the government is still hopeful that a decision will be made by October 22.

The CMC Statement is due today, October 13. The parties request that the CMC Statement instead be due October 19, 2009 so that it may reflect the decision of the government if that decision is rendered by that date.

Thank you for your consideration of this request.

Very truly yours,

Jonathan E. Gertler

Cc:   James A. Scharf, Esq.
        Kristina L. Velarde, Esq.
        Andrew Davis, Esq.