| | |
|---|---|
| 1 | **CHAVEZ & GERTLER LLP** |
|  | JONATHAN E. GERTLER (Bar No. 111531) |
| 2 | JOSEPH R. IGELMUND (Bar No. 52493) |
|  | 42 Miller Avenue |
| 3 | Mill Valley, California 94941 |
|  | Telephone:  (415) 381-5599 |
| 4 | Facsimile:   (415) 381-5572 |
| 5 | Attorneys for Plaintiffs |
|  | SUSAN WYCKOFF and ALEXANDER WYCKOFF |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| SUSAN WYCKOFF, individually, and as Administratrix of the Estate of PETER WYCKOFF; ALEXANDER WYCKOFF by and through his Guardian ad Litem, SUSAN WYCKOFF, | ) ) ) ) ) | Case No.  C-07-3600 SI |
| Plaintiffs | ) ) | **JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT** |
| vs. | ) ) | |
| UNITED STATES OF AMERICA; DANIEL EARL SPERL and DOES 1 through 10, | ) ) ) | Date:       **October 22, 2009** <br> Time:       **3:00 p.m.** <br> Judge:      **Hon. Susan Illston** <br> Courtroom: **10** |
| Defendants. | ) ) ) | |
| CHARLIE EAP, heir at law of decedent Holly Annie Eap, | ) ) ) | Case No.  C-07-2301 SI |
| Plaintiff | ) ) | |
| vs. | ) ) | The Court continues the case management conference to occur on Thursday, November 12, 2009, at 3 p.m. |
| UNITED STATES OF AMERICA, DANIEL EARL SPERL, | ) ) ) | |
| Defendants. | ) ) | |

*IT IS SO ORDERED*
Judge Susan Illston

---

JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT,
*Case Nos. C07-3600 SI and C07-2301*

1     Pursuant to Local Rule 16-10(d), the parties submit the following Joint Updated Case Management Conference Statement.

**Position of Defendants USA, Defendant Sperl, Plaintiff Eap and Plaintiffs' Wyckoff:**

These cases were settled in their entirety *subject to the approval of the United States Department of Justice and the Court* at the August 11, 2009, mediation. The Court set this matter for a further Case Management Conference on October 22, 2009, in anticipation that a decision would be rendered by that time by the United States Department of Justice approving or disapproving the proposed settlement.

While five separate levels within the United States Department of Justice have reviewed the proposed settlement, the sixth and final level (the Associate Attorney General) has not yet taken final action. Counsel for defendant USA anticipates that the Associate Attorney General will make a final decision within the next thirty days and possibly even sooner.

Accordingly, the parties jointly request the Court to continue the further CMC for approximately three weeks to afford the United States Department of Justice additional time to complete the approval process.

The parties further request that an updated CMC Statement be ordered due three calendar days prior to the new CMC date.

The parties will apprise the Court immediately upon final action by the United States Department of Justice. If the proposed settlement is approved by the United States Department of Justice, plaintiff Alexander Wyckoff will file a motion for approval of a minor's comprise and the parties will jointly file a stipulation for compromise settlement and release of FTCA claims pursuant to 28 U.S.C. Section 2677 and proposed order.

DATED: October 19, 2009            CHAVEZ & GERTLER LLP

By _____/s/ Jonathan E. Gertler_____
Jonathan E. Gertler
Attorneys for Plaintiffs Wyckoff

| | | |
|---|---|---|
| 1 | DATED: October __, 2009 | DAVIS LAW OFFICES |
| 2 | | |
| 3 | | By_____ |
| | | Andrew Davis |
| 4 | | |
| 5 | | Attorneys for Plaintiff Charlie Eap |
| 6 | DATED: October __, 2009 | CESARI, WERNER & MORIARTY |
| 7 | | |
| 8 | | By_____ |
| | | Kristina Velarde |
| 9 | | |
| | | Attorneys for Defendant Sperl |
| 10 | DATED: October 19, 2009 | UNITED STATES ATTORNEY |
| 11 | | |
| 12 | | By_____/s/_____ |
| | | James A. Scharf |
| 13 | | |
| 14 | | Attorneys for Defendant USA |

| | | |
|---|---|---|
| 1 | DATED: October 19, 2009 | DAVIS LAW OFFICES |
| 2 | | |
| 3 | | By _/s/ Andrew Davis_ |
| 4 | | Andrew Davis |
| 5 | | Attorneys for Plaintiff Charlie Eap |
| 6 | DATED: October __, 2009 | CESARI, WERNER & MORIARTY |
| 7 | | |
| 8 | | By _____ |
| | | Kristina Velarde |
| 9 | | Attorneys for Defendant Sperl |
| 10 | DATED: October __, 2009 | UNITED STATES ATTORNEY |
| 11 | | |
| 12 | | By _____ |
| | | James A. Scharf |
| 13 | | |
| 14 | | Attorneys for Defendant USA |

| | | |
|---|---|---|
| 1 | DATED: October __, 2009 | DAVIS LAW OFFICES |
| 2 | | |
| 3 | | By_____<br>Andrew Davis |
| 4 | | |
| 5 | | Attorneys for Plaintiff Charlie Eap |
| 6 | DATED: October 19, 2009 | CESARI, WERNER & MORIARTY |
| 7 | | By_____ |
| 8 | | Kristina Velarde |
| 9 | | Attorneys for Defendant Sperl |
| 10 | DATED: October __, 2009 | UNITED STATES ATTORNEY |
| 11 | | |
| 12 | | By_____<br>James A. Scharf |
| 13 | | Attorneys for Defendant USA |

2

JOINT UPDATED CASE MANAGEMENT CONFERENCE STATEMENT,
*Case Nos. C07-3600 SI and C07-2301*