1    JOSEPH P. RUSSONIELLO (CSBN 44332)
     United States Attorney
2    JOANN M. SWANSON (CSBN 88143)
     Chief, Civil Division
3    JAMES A. SCHARF (CSBN 152171)
     Assistant United States Attorney
4
       150 Almaden Boulevard, Suite 900
5      San Jose, California 95113
       Telephone: (408) 535-5044
6      Facsimile:  (408) 535-5081
       james.scharf@usdoj.gov
7
     Attorneys for Defendant United States of America
8

9                   UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12   SUSAN WYCKOFF, et al,          )    No. C 07-2301 SI
     and CHARLIE EAP,               )    No. C 07-3600 SI
13                                  )
          Plaintiffs,               )    (Consolidated for All Purposes)
14                                  )
       v.                           )    FURTHER CASE MANAGEMENT
15                                  )    STATEMENT; STIPULATION [AND]
     UNITED STATES OF AMERICA and   )    PROPOSED ORDER
16   DANIEL EARL SPERL,             )
                                    )
17        Defendants.               )
                                    )
18   _____)

19

20        Pursuant to the Court's directive, defendant USA has reported to all parties that the

21   United States Department of Justice ("DOJ") has approved the amount of the proposed

22   settlement, subject to the execution of a standard DOJ Stipulation for Compromise Settlement

23   and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C. Section 2677 and

24   Proposed Order ("Stipulation for Compromise Settlement") and Court approval of same.

25        Defendant USA has circulated a draft Stipulation for Compromise Settlement and the

26   parties are in the process of meeting and conferring about several disputed terms.  After the

27
     FURTHER CASE MANAGEMENT STATEMENT; STIPULATION [AND] PROPOSED
28   ORDER
     Nos. C 07-2301 SI and C 07-3600 SI

                                    -1-

parties complete their meet and confer efforts, the U.S. Attorney's Office intends to submit a Stipulation for Compromise Settlement to the DOJ for approval.  As soon as the DOJ approves the terms of the Stipulation for Compromise Settlement, the parties will promptly file an executed Stipulation for Compromise Settlement for Court approval and the Wyckoff plaintiffs will promptly file a motion to approve minor's compromise.

Accordingly, the parties jointly request the Court to vacate all case management dates, including the November 12, 2009, CMC, and to set the case for a Status Conference re Settlement in approximately sixty days.

Respectfully submitted,


JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

DATED:  November 9, 2009          BY:_____/S/_____
                                     James A. Scharf
                                     Assistant United States Attorney
                                     Attorney for Defendant United States of America


DATED:  November 9, 2009          CHAVEZ & GERTLER LLP


                                  By: _____/S/_____
                                      Jonathan Gertler

                                  Attorneys for Plaintiffs SUSAN WYCKOFF, individually,
                                  and as Administratrix of the Estate of PETER WYCKOFF;
                                  ALEXANDER WYCKOFF by and through his Guardian
                                  ad Litem, SUSAN WYCKOFF

FURTHER CASE MANAGEMENT STATEMENT; STIPULATION [AND] PROPOSED ORDER
Nos. C 07-2301 SI and C 07-3600 SI

DATED:  November 9, 2009          DAVIS LAW OFFICES


By: _____/S/_____
         Andrew J. Davis

Attorneys for Plaintiffs CHARLIE EAP, heir at law of
decedent Holly Annie Eap


DATED:  November 9, 2009          CESARI, WERNER & MORIARTY


By: _____/S/_____
         Kristina L. Velarde

Attorneys for Defendant DANIEL EARL SPERL


## [PROPOSED] ORDER

Upon stipulation of the parties and good cause appearing, all case management dates,

including the November 12, 2009, Case Management Conference, are hereby ordered off

calendar.  A Status Conference re Settlement is hereby set for ~~January ___, 2010, at ___ a.m./p.m.,~~ February 6, 2010 at 3 p.m.

unless the parties file an executed Stipulation for Compromise ~~Settlement and a motion for~~ February 5, 2010

minor's compromise before that date.  In the event the Status Conference is necessary, the parties

shall file a joint Status Conference Statement three court days before said Status Conference, in

which they shall report on the status of DOJ approval of the Stipulation for Compromise

Settlement.


FURTHER CASE MANAGEMENT STATEMENT; STIPULATION [AND] PROPOSED
ORDER
Nos. C 07-2301 SI and C 07-3600 SI

IT IS SO ORDERED.

DATED: _____    _____

HON. SUSAN ILLSTON
United States District Court Judge

FURTHER CASE MANAGEMENT STATEMENT; STIPULATION [AND] PROPOSED
ORDER
Nos. C 07-2301 SI and C 07-3600 SI

-4-