1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  JAMES A. SCHARF (CSBN 152171)
   Assistant United States Attorney
4
       150 Almaden Boulevard, Suite 900
5      San Jose, California 95113
       Telephone: (408) 535-5044
6      Facsimile:  (408) 535-5081
       james.scharf@usdoj.gov
7
   Attorneys for Defendant United States of America
8

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12  SUSAN WYCKOFF, et al,           )   No. C 07-2301 SI
    and CHARLIE EAP,                )   No. C 07-3600 SI
13                                  )
           Plaintiffs,              )   (Consolidated for All Purposes)
14                                  )
       v.                           )   STIPULATION AND [PROPOSED]
15                                  )   ORDER OF DISMISSAL WITH
    UNITED STATES OF AMERICA and    )   PREJUDICE
16  DANIEL EARL SPERL,              )
                                    )
17         Defendants.              )
                                    )
18  _____)

19

20      Pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) and the Stipulation for

21  Compromise Settlement and Release of Federal Tort Claims Act Claims Pursuant to 28 U.S.C.

22  Section 2677 and Order filed in this action, plaintiffs and defendants, through their attorneys of

23  record, hereby stipulate and agree that the above-referenced action is dismissed with prejudice in

24  its entirety, with each party bearing its own fees, costs, and expenses.  Pursuant to Section

25  3612(a) of the California Probate Code, the Court shall have continuing jurisdiction of the money

26  paid or to be paid, delivered, deposited, or invested for the benefit of the minor, Alexander

27  Wyckoff, until he reaches 18 years of age.  The Court shall not otherwise retain jurisdiction over

28  Stipulation and [Proposed] Order of Dismissal with Prejudice
    Nos. C 07-2301 SI and C 07-3600 SI

this action, the settlement, or any other matter pertaining to this action or the settlement.

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

DATED: ~~March~~, 2010         BY: /s/ James A. Scharf
       April 2,                     James A. Scharf
                                    Assistant United States Attorney
                                    Attorney for Defendant United States of America

DATED: ~~March , 2010~~         CHAVEZ & GERTLER LLP
       April 2, 2010

                                By: /s/ Jonathan E. Gertler
                                    Jonathan E. Gertler

Attorneys for Plaintiffs SUSAN WYCKOFF, individually, and as Administratrix of the Estate of PETER WYCKOFF; ALEXANDER WYCKOFF by and through his Guardian ad Litem, SUSAN WYCKOFF

DATED: March __, 2010           DAVIS LAW OFFICES

                                By: _____
                                    Andrew J. Davis

Attorneys for Plaintiffs CHARLIE EAP, heir at law of decedent Holly Annie Eap

DATED: March __, 2010           CESARI, WERNER & MORIARTY

                                By: _____
                                    Kristina L. Velarde

Attorneys for Defendant DANIEL EARL SPERL

Stipulation and [Proposed] Order of Dismissal with Prejudice
Nos. C 07-2301 SI and C 07-3600 SI

this action, the settlement, or any other matter pertaining to this action or the settlement.

                        JOSEPH P. RUSSONIELLO
                        UNITED STATES ATTORNEY

DATED: March __, 2010    BY: _____
                                     James A. Scharf
                                     Assistant United States Attorney
                                     Attorney for Defendant United States of America

DATED: March __, 2010    CHAVEZ & GERTLER LLP

                              By: _____
                                   Jonathan Gertler

Attorneys for Plaintiffs SUSAN WYCKOFF, individually, and as Administratrix of the Estate of PETER WYCKOFF; ALEXANDER WYCKOFF by and through his Guardian ad Litem, SUSAN WYCKOFF

DATED: April 2, 2010    DAVIS LAW OFFICES

                              By: _/s/ Andrew J. Davis_____
                                  Andrew J. Davis

Attorneys for Plaintiffs CHARLIE EAP, heir at law of decedent Holly Annie Eap

DATED: March __, 2010    CESARI, WERNER & MORIARTY

                              By: _____
                                   Kristina L. Velarde

Attorneys for Defendant DANIEL EARL SPERL

Stipulation and [Proposed] Order of Dismissal with Prejudice
Nos. C 07-2301 SI and C 07-3600 SI

-2-

this action, the settlement, or any other matter pertaining to this action or the settlement.

JOSEPH P. RUSSONIELLO
UNITED STATES ATTORNEY

DATED: March __, 2010         BY: _____
                                  James A. Scharf
                                  Assistant United States Attorney
                                  Attorney for Defendant United States of America


DATED: March __, 2010         CHAVEZ & GERTLER LLP


                              By: _____
                                  Jonathan Gertler

                              Attorneys for Plaintiffs SUSAN WYCKOFF, individually, and as Administratrix of the Estate of PETER WYCKOFF; ALEXANDER WYCKOFF by and through his Guardian ad Litem, SUSAN WYCKOFF


DATED: March __, 2010         DAVIS LAW OFFICES


                              By: _____
                                  Andrew J. Davis

                              Attorneys for Plaintiffs CHARLIE EAP, heir at law of decedent Holly Annie Eap


DATED: ~~March~~ April 2, 2010    CESARI, WERNER & MORIARTY

                              By: _____
                                  Kristina L. Velarde

                              Attorneys for Defendant DANIEL EARL SPERL


Stipulation and [Proposed] Order of Dismissal with Prejudice
Nos. C 07-2301 SI and C 07-3600 SI

-2-

1      Pursuant to the stipulation of the parties, and good cause appearing, IT IS SO ORDERED.

2

3  DATED: _____   _____

4                        Hon. Susan Illston
                      United States District Court Judge

Stipulation and [Proposed] Order of Dismissal with Prejudice
Nos. C 07-2301 SI and C 07-3600 SI